IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-487-MOC-DCK

| | |
|---|---|
| DAVID HOLMES, individually and on behalf of a Rule 23 putative class,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>BANK OF AMERICA, N.A., in its own capacity and as successor by merger to BAC Home Loans Servicing, L.P., and ILLINOIS UNION INSURANCE COMPANY,  )<br>  )<br>  )<br>  )<br>  )<br>Defendants.  )<br>_____ ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 9) filed by Daniel K. Bryson on August 28, 2012, concerning E. Michelle Drake. Ms. Drake seeks to appear as counsel *pro hac vice* for Plaintiff David Holmes, et al.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Ms. Drake is hereby admitted to appear before the Court *pro hac vice* on behalf of Plaintiff David Holmes, et al.

Signed: August 28, 2012

David C. Keesler
United States Magistrate Judge