IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-487-MOC-DCK

| | |
|---|---|
| DAVID HOLMES, individually and on behalf of a Rule 23 putative class, ) ) ) Plaintiff, ) ) v. ) ) BANK OF AMERICA, N.A., in its own ) capacity and as successor by merger to ) BAC Home Loans Servicing, L.P., and ) ILLINOIS UNION INSURANCE ) COMPANY, ) ) Defendants. ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 19) filed by Steven N. Baker on September 19, 2012, concerning Brian M. LaMacchia. Mr. LaMacchia seeks to appear as counsel *pro hac vice* for Defendant Bank of America, N.A.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. LaMacchia is hereby admitted to appear before the Court *pro hac vice* on behalf of Defendant Bank of America, N.A.

Signed: September 19, 2012

David C. Keesler
United States Magistrate Judge