

## THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA

DAVID HOLMES, et al.          )
                              )
vs.                           )     Case No. 3:12-cv-00487-MOC
                              )
                              )
BANK OF AMERICA, et al.       )

## APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, __Daniel K. Bryson__, am a member in good standing of the bar of this Court. Pursuant to the admission requirements in Local Rule 83.1B I am moving for the pro hac vice admission the following attorney:

**FULL NAME:** Peter H. LeVan, Jr.

**BUSINESS ADDRESS (include firm name):** Kessler Topaz Meltzer & Check, LLP, 280 King of Prussia Road

**CITY:** Radnor  **STATE:** PA  **ZIP:** 19087

**OFFICE TELEPHONE:** ( 610 ) 667-7706  **FAX NUMBER:** ( 610 ) 667-7056

**E-MAIL ADDRESS** (*required*):

plevan@ktmc.com

This attorney will be representing:

Plaintiff David Holmes, et al.

We certify that:

- The proposed admittee is not a member of the North Carolina bar and does not maintain any law office in North Carolina.
- The proposed admittee has never had a *pro hac vice* admission or admission in any other bar revoked.
- The proposed admittee is a member in good standing of the bars of either the United States Court in: _____, and/or the highest court of the State of Pennsylvania, New Jersey and Ohio_____, and/or the District of Columbia Bar.
- The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.
- The proposed admittee has established or will upon his/her *pro hac vice* admission proceed to immediately establish an ECF account with the Western District of N.C.
- The undersigned movant will serve as co-counsel in these proceedings and will attend all hearings with the proposed admittee unless otherwise permitted by the Court.
- **The $276.00 fee for admission *pro hac vice* is being submitted with the filing of this motion.**

Respectfully submitted,

**Signature:** */s/ Daniel K. Bryson*

Daniel K. Bryson
**Printed Name**

Whitefield Bryson & Mason, LLP
**Firm**

900 W. Morgan Street
**Street Address**

Raleigh, NC 27603
**City, State, Zip**

919-600-5000
**Telephone Number**

919-600-5035
**Fax Number**

dan@wbmllp.com
**E-Mail Address**