# EXHIBIT 6



**Bank of America**
**Home Loans**

P O BOX 961291
FORT WORTH, TX  76161-0291

<sup>5051</sup>
Redacted

Date:  JANUARY 26, 2012

Policy Number: Redacted

004703 - 007155
DAVID HOLMES
305 GOLF RD
WEST PALM BEACH, FL 33407-5509

Re:  Bank of America Loan #: Redacted
    Property Address:  305 GOLF RD
                                WEST PALM BEACH FL  33407
Cancellation Reason:  OTHER

**Cancellation Notice**

Dear David Holmes:

Please be advised that the lender-placed windstorm, hurricane and hail coverage we ordered on your behalf has been cancelled flat and your account will not be charged.

If you have any questions, please call, toll-free, 1.866.908.3954, Monday through Friday, 8:00 AM - 9:00 PM Eastern Standard Time.

Sincerely,

Bank of America, N.A. ("Bank of America")