IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. 12-cv-00487-MOC-DCK

| | |
|---|---|
| DAVID HOLMES, individually and on Behalf of a Rule 23 putative class, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| BANK OF AMERICA, N.A., in its own Capacity and as successor by merger to BAC Home Loans Servicing, L.P., and ILLINOIS UNION INSURANCE COMPANY, | ) ) ) ) ) ) |
| Defendants. | ) |

**DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, the undersigned counsel certifies with respect to Defendant Illinois Union Insurance Company, a private non-governmental party, that Illinois Union Insurance Company is an Illinois corporation and a wholly owned subsidiary of Pacific Employers Insurance Company—a Pennsylvania corporation. The ultimate indirect parent of, and the only publicly traded company with an indirect ownership interest in Illinois Union Insurance

Company, is ACE Limited, a Swiss corporation traded on the New York Stock Exchange.

ACE Limited does not directly own any stock of Illinois Union Insurance Company.

Respectfully submitted this the 4TH day of October, 2012.

/s/ Brady A. Yntema
Brady A. Yntema
N.C. State Bar No. 25771
David L. Brown
N.C. State Bar No. 18942
David G. Harris II
N.C. State Bar No. 35327
PINTO COATES KYRE & BROWN, PLLC
3203 Brassfield Road
Greensboro, NC  27410
Telephone:  336.282.8848
Facsimile:  336.282.8409
Email:  byntema@pckb-law.com
        dbrown@pckb-law.com
        dharris@pckb-law.com

*Attorneys for Defendant Illinois Union Ins. Co.*


Eric R. Dinallo
Robert D. Goodman
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022

*Of Counsel for Defendant Illinois Union Ins. Co.*
(Motions for Admission Pro Hac Vice Forthcoming)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of this Court on October 4, 2012, using the CM/ECF system which will send notification of such filing to all counsel of record for all interested parties to this action.

This the 4TH day of October, 2012.

/s/ Brady A. Yntema
Brady A. Yntema
N.C. State Bar No. 25771
PINTO COATES KYRE & BROWN, PLLC
3203 Brassfield Road
Greensboro, NC  27410
Telephone:  336.282.8848
Facsimile:  336.282.8409
Email:  byntema@pckb-law.com

*Attorneys for Defendant Illinois Union Ins. Co.*