IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-487-MOC-DCK

| | |
|---|---|
| DAVID HOLMES, individually and on behalf of a Rule 23 putative class, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) ORDER |
| BANK OF AMERICA, N.A., in its own capacity and as successor by merger to BAC Home Loans Servicing, L.P., and ILLINOIS UNION INSURANCE COMPANY, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Renewed Consent Motion For Extension Of Time For Plaintiff To Amend His Complaint Or Otherwise Respond" (Document No. 38) filed on October 8, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Defendant's counsel, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Renewed Consent Motion For Extension Of Time For Plaintiff To Amend His Complaint Or Otherwise Respond" (Document No. 38) is **GRANTED**. Plaintiff shall have up to and including **October 30, 2012** to amend his Complaint or otherwise respond to Bank of America, N.A.'s Motion to Dismiss (Document No. 31) and Illinois Union's Motion to Dismiss (Document No. 35).

Signed: October 9, 2012

*David C. Keesler*
United States Magistrate Judge