IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Case No. 3:12-cv-00487-MOC

| | |
|---|---|
| DAVID HOLMES, HERTA S. THEBERGE, MARGUERITE K. POTTER, and the MARGUERITE K. POTTER REVOCABLE TRUST, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., in its own capacity and as successor by merger to BAC HOME LOANS SERVICING, L.P., SEATTLE SPECIALTY INSURANCE SERVICES, INC., in its own capacity and as successor in interest to COUNTRYWIDE INSURANCE SERVICES, INC., ILLINOIS UNION INSURANCE COMPANY, and CERTAIN UNDERWRITERS AT LLOYD'S LONDON, including all underwriters who underwrote force-placed wind insurance policies for Bank of America, as the insured during the applicable limitations period and LLOYD'S, UNDERWRITERS AT, LONDON,<br><br>    Defendants. | **CERTIFICATE OF SERVICE** |

        I hereby certify that Plaintiffs' Amended Complaint was filed through the Court's CM/ECF system which will send a Notice of Electronic Filing to the following:

Bradley R. Kutrow    bkutrow@mcguirewoods.com, bcarroll@mcguirewoods.com

Brady A. Yntema    byntema@pckb-law.com, alagos@pckb-law.com, kfesperman@pckb-law.com

Brian M. LaMacchia    blamacchia@goodwinprocter.com

Daniel Kent Bryson     dan@wbmllp.com, amanda@wbmllp.com, karl@wbmllp.com,

kay@wbmllp.com, lsiegel@wbmllp.com, lynda@wbmllp.com, scott@wbmllp.com

David L. Permut     dpermut@goodwinprocter.com

David Leonard Brown     dbrown@pckb-law.com, jward@pckb-law.com, tbarrett@pckb-law.com

David Seth Kantrowitz     dkantrowitz@goodwinprocter.com

E. Michelle Drake     drake@nka.com

Matthew G Lindenbaum     MLindenbaum@goodwinprocter.com

Peter H. LeVan , Jr     plevan@ktmc.com, kmarrone@ktmc.com, pleadings@ktmc.com, rmuchnick@ktmc.com

Steven N. Baker     sbaker@mcguirewoods.com, ewood@mcguirewoods.com


Dated: October 30, 2012        /s/Sarah W. Steenhoek
**NICHOLS KASTER, PLLP**
E. Michelle Drake, MN Bar No. 0387366*
Sarah W. Steenhoek, MN Bar No. 0390258*
    *admitted *pro hac vice*
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 215-6870
E-mail: drake@nka.com
       ssteenhoek@nka.com


**ATTORNEYS FOR PLAINTIFFS
AND THE CLASSES**