IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

DAVID HOLMES, et al.           )
                               )
vs.                            )    Case No. 3:12-cv-00487-MOC
                               )
BANK OF AMERICA, et al.        )

**APPLICATION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

We, David L. Brown and Brady A. Yntema, are members in good standing of the Bar of this Court. Pursuant to the admission requirements in Local Rule 83.1B, I am moving for the *pro hac vice* admission of **Robert D. Goodman** of the law firm of Debevoise & Plimpton, LLP. Mr. Goodman's contact information is as follows:

**Business Address**:   Debevoise & Plimpton, LLP, 919 Third Avenue, New York,
                        New York, 10022.

**Office Telephone**:   (212) 909-6967

**Fax Number**:         (212) 521-7967

**E-mail Address**:     rdgoodman@debevoise.com

This attorney will be representing **Defendant Illinois Union Insurance Company**.

In support of this Application to Practice *Pro Hac Vice*, we certify as follows:

1. The proposed admittee is not a member of the North Carolina Bar and does not maintain any law office in North Carolina.

2. The proposed admittee has never had a *pro hac vice* admission or admission in any other bar revoked.

3. The proposed admittee is a member in good standing of the bars of either the United States Court in the Southern District of New York and the highest court of the State of New York.

1

4. The proposed admittee understands admission *pro hac vice* is for this case only and does not constitute formal admission to the Bar of this Court.

5. The proposed admittee will upon his *pro hac vice* admission proceed to immediately establish an ECF account with the Western District of North Carolina.

6. The undersigned movant will serve as co-counsel in these proceedings and will attend all hearings with the proposed admittee unless otherwise permitted by the Court.

7. The $276.00 fee for admission *pro hac vice* is being submitted with the filing of this motion.

Respectfully submitted, this the 2ND day of November, 2012.

                                     NELSON LEVINE de LUCA & HAMILTON

                                     /s/ David L. Brown
                                     David L. Brown
                                     N.C. State Bar No. 18942
                                     dbrown@nldhlaw.com

                                     /s/ Brady A. Yntema
                                     Brady A. Yntema
                                     N.C. State Bar No. 25771
                                     byntema@pckb-law.com

                                     800 Green Valley Road
                                     Suite 302
                                     Greensboro, NC  27408
                                     Telephone:  336.419.4900
                                     Facsimile:  336.419.4950

                                     *Attorneys for Defendant Illinois Union Ins. Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2012, a copy of the foregoing Application for Admission to Practice *Pro Hac Vice* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the court's system.

NELSON LEVINE de LUCA & HAMILTON

/s/ Brady A. Yntema
Brady A. Yntema
N.C. State Bar No. 25771
byntema@pckb-law.com

800 Green Valley Road
Suite 302
Greensboro, NC 27408
Telephone: 336.419.4900
Facsimile: 336.419.4950

*Attorney for Defendant Illinois Union Ins. Co.*