IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-487-MOC-DCK

| | |
|---|---|
| DAVID HOLMES, HERTA S. THEBERGE, MARGUERITE K. POTTER, and the MARGUERITE K. POTTER REVOCABLE TRUST, et al., | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ORDER ) |
| BANK OF AMERICA, N.A., and ILLINOIS UNION INSURANCE COMPANY, et al. | ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 44) filed by David L. Brown and Brady A. Yntema concerning Eric R. Dinallo on November 2, 2012. Mr. Dinallo seeks to appear as counsel *pro hac vice* for Defendant Illinois Union Insurance Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 44) is **GRANTED**.

Signed: November 2, 2012

David C. Keesler
United States Magistrate Judge