IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-487-MOC-DCK

| | |
|---|---|
| DAVID HOLMES, individually and on behalf of a Rule 23 putative class, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BANK OF AMERICA, N.A., in its own capacity and as successor by merger to BAC Home Loans Servicing, L.P., and ILLINOIS UNION INSURANCE COMPANY, SEATTLE SPECIALTY INSURANCE SERVICES, INC., LLOYD'S UNDERWRITERS AT LONDON, and CERTAIN UNDERWRITERS AT LLOYD'S LONDON, )<br>)<br>Defendants. ) | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion For Extension Of Time To Respond To Plaintiff's First Amended Complaint" (Document No. 48) filed on November 8, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Plaintiff's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion For Extension Of Time To Respond To Plaintiff's First Amended Complaint" (Document No. 48) is **GRANTED**. Defendants shall have up to and including **December 17, 2012** to answer or otherwise respond to Plaintiffs' First Amended Complaint And Jury Trial Demand (Document No. 40).

Signed: November 9, 2012

_____
David C. Keesler
United States Magistrate Judge