IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No: 12-CV-00487-MOC-DCK

| | |
|---|---|
| DAVID HOLMES, HERTA S. THEBERGE, MARGUERITE K. POTTER, and the MARGUERITE K. POTTER REVOCABLE TRUST, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., in its own capacity and as successor by merger to BAC HOME LOANS SERVICING, L.P., SEATTLE SPECIALTY INSURANCE SERVICES, INC., in its own capacity and as successor in interest to COUNTRYWIDE INSURANCE SERVICES, INC., ILLINOIS UNION INSURANCE COMPANY, and CERTAIN UNDERWRITERS AT LLOYD'S LONDON, including all underwriters who underwrote force-placed wind insurance policies for Bank of America, as the insured during the applicable limitations period and LLOYD'S UNDERWRITERS AT, LONDON,<br><br>     Defendants. | |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

ONLY ONE FORM NEED BE COMPLETED FOR EACH NONGOVERNMENTAL PARTY EVEN IF THE PARTY IS REPRESENTED BY MORE THAN ONE ATTORNEY. DISCLOSURES MUST BE FILED ON BEHALF OF INDIVIDUAL NONGOVERNMENTAL PARTIES AS WELL AS NONGOVERNMENTAL CORPORATE PARTIES. COUNSEL HAVE A CONTINUING DUTY TO UPDATE THIS INFORMATION. PLEASE FILE AN ORIGINAL AND ONE COPY OF THIS FORM. PLAINTIFF OR MOVING PARTY MUST SERVE THIS ON THE DEFENDANT(S) OR RESPONDENT(S) WHEN INITIAL SERVICES IS MADE.

  Seattle Specialty Insurance Services, Inc., which is a Defendant, in its own capacity and as successor in interest to Countrywide Insurance Services, Inc. makes the following disclosure:

1.  Is party a publicly held corporation or other publicly held entity?

|       |                |                |
|-------|----------------|----------------|
|       | ( ) Yes        | (X) No         |

2. Does party have any parent corporations?

   (X) Yes ( ) No

   If yes, identify all parent corporations, including grandparent and great-grandparent corporations: <u>QBE Financial Institution Risk Services, Inc. is the parent company of Seattle Specialty Insurance Services, Inc. QBE Holdings Inc. is the parent company of QBE Financial Institution Risk Services, Inc. QBE Insurance Group Limited is the corporate parent of QBE Holdings, Inc. QBE Insurance Group Limited is a Group Holding Company listed on the Australian Securities Exchange.</u>

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

   ( ) Yes (X) No

   If yes, identify all such owners: _____

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

   ( ) Yes (X) No

   If yes, identify entity and nature of interest: _____

This 13th day of November, 2012.

                                                       s/ Robert E. Harrington
                                                       Robert E. Harrington
                                                       N.C. Bar No. 26967
                                                       Nathan C. Chase, Jr.
                                                       N.C. Bar No. 39314

                                                       ROBINSON, BRADSHAW & HINSON, P.A.
                                                       101 North Tryon Street, Suite 1900
                                                       Charlotte, North Carolina 28246-1900
                                                       Telephone: (704) 377-2536
                                                       Facsimile: (704) 378-4000
                                                       rharrington@rbh.com
                                                       nchase@rbh.com

                                                       *Attorneys for Defendant Seattle Specialty Insurance Services, Inc., in its own capacity and as successor in interest to Countrywide Insurance Services, Inc.*

2

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to the following parties of record in this case.

| | |
|---|---|
| E. Michelle Drake<br>Sarah W. Steenhoek<br>drake@nka.com<br>ssteenhoek@nka.com<br><br>Peter H. Levan, Jr.<br>plevan@ktmc.com<br><br>Daniel Kent Bryson<br>dan@wbmllp.com<br><br>*Attorneys for Plaintiffs* | Bradley R. Kutrow<br>Steven N. Baker<br>bkutrow@mcguirewoods.com<br>sbaker@mcguirewoods.com<br><br>Brian M. LaMacchia<br>David Seth Kantrowitz<br>David L. Permut<br>Matthew G. Lindenbaum<br>blamacchia@goodwinprocter.com<br>dkantorwitz@goodwinproctor.com<br>dpermut@goodwinprocter.com<br>mlindenbaum@goodwinprocter.com<br><br>*Attorneys for Defendant Bank of America, N.A.* |
| David Leonard Brown<br>dbrown@hldhlaw.com<br><br>Eric R. Dinallo<br>Robert D. Goodman<br>edinallo@debevoise.com<br>rgoodman@deveboise.com<br><br>Brady A. Yntema<br>yntema@nldhlaw.com<br><br>*Attorneys for Defendant Illinois Insurance Company* | |

This 13th day of November, 2012.

                                         s/ Robert E. Harrington
                                         Robert E. Harrington
                                         N.C. Bar No. 26967
                                         Nathan C. Chase, Jr.
                                         N.C. Bar No. 39314

                                         ROBINSON, BRADSHAW & HINSON, P.A.
                                         101 North Tryon Street, Suite 1900
                                         Charlotte, North Carolina 28246-1900

Telephone: (704) 377-2536
Facsimile: (704) 378-4000
rharrington@rbh.com
nchase@rbh.com

*Attorneys for Defendant Seattle Specialty Insurance Services, Inc., in its own capacity and as successor in interest to Countrywide Insurance Services, Inc.*