IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No: 12-CV-00487-MOC-DCK

| | |
|---|---|
| DAVID HOLMES, HERTA S. THEBERGE, MARGUERITE K. POTTER, and the MARGUERITE K. POTTER REVOCABLE TRUST, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., in its own capacity and as successor by merger to BAC HOME LOANS SERVICING, L.P., SEATTLE SPECIALTY INSURANCE SERVICES, INC., in its own capacity and as successor in interest to COUNTRYWIDE INSURANCE SERVICES, INC., ILLINOIS UNION INSURANCE COMPANY, and CERTAIN UNDERWRITERS AT LLOYD'S LONDON, including all underwriters who underwrote force-placed wind insurance policies for Bank of America, as the insured during the applicable limitations period and LLOYD'S UNDERWRITERS AT, LONDON,<br><br>      Defendants. | NOTICE OF APPEARANCE |

   Nathan C. Chase, Jr., of the law firm Robinson, Bradshaw & Hinson, P.A., hereby provides notice to the Court and all parties and their counsel that he will appear as counsel, along with Robert E. Harrington, on behalf of Defendant Seattle Specialty Insurance Services, Inc., in its own capacity and as successor in interest to Countrywide Insurance Services, Inc. Please direct all future filings, correspondence, notices and other contacts regarding this case to Mr. Chase through the CM/ECF electronic filing system or the address listed below.

This 13th day of November, 2012

                                              s/Nathan C. Chase, Jr.
                                              Robert E. Harrington
                                              N.C. Bar No. 26967
                                              rharrington@rbh.com
                                              Nathan C. Chase, Jr.
                                              N.C. Bar No. 39314
                                              nchase@rbh.com
                                              ROBINSON BRADSHAW & HINSON, P.A.
                                              101 North Tryon Street, Suite 1900
                                              Charlotte, North Carolina  28246
                                              Telephone:    704.377.2536
                                              Facsimile:    704.378.4000

                                              *Attorneys for Defendant Seattle Specialty Insurance Services, Inc., in its own capacity and as successor in interest to Countrywide Insurance Services, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to the following parties of record in this case.

| | |
|---|---|
| E. Michelle Drake<br>Sarah W. Steenhoek<br>drake@nka.com<br>ssteenhoek@nka.com<br><br>Peter H. Levan, Jr.<br>plevan@ktmc.com<br><br>Daniel Kent Bryson<br>dan@wbmllp.com<br><br>*Attorneys for Plaintiffs* | Bradley R. Kutrow<br>Steven N. Baker<br>bkutrow@mcguirewoods.com<br>sbaker@mcguirewoods.com<br><br>Brian M. LaMacchia<br>David Seth Kantrowitz<br>David L. Permut<br>Matthew G. Lindenbaum<br>blamacchia@goodwinprocter.com<br>dkantorwitz@goodwinprocter.com<br>dpermut@goodwinprocter.com<br>mlindenbaum@goodwinprocter.com<br><br>*Attorneys for Defendant Bank of America, N.A.* |
| David Leonard Brown<br>dbrown@hldhlaw.com<br><br>Eric R. Dinallo<br>Robert D. Goodman<br>edinallo@debevoise.com<br>rgoodman@deveboise.com<br><br>Brady A. Yntema<br>yntema@nldhlaw.com<br><br>*Attorneys for Defendant Illinois Insurance Company* | |

This 13th day of November, 2012.

                                              s/ Nathan C. Chase, Jr.
                                              Robert E. Harrington
                                              N.C. Bar No. 26967
                                              Nathan C. Chase, Jr.
                                              N.C. Bar No. 39314

ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246-1900
Telephone: (704) 377-2536
Facsimile: (704) 378-4000
rharrington@rbh.com

*Attorneys for Defendant Seattle Specialty Insurance Services, Inc., in its own capacity and as successor in interest to Countrywide Insurance Services, Inc.*