

# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

_____ )
)
**vs.** ) Case No. _____
)
_____ )

## APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, _____, am a member in good standing of the bar of this Court. Pursuant to the admission requirements in Local Rule 83.1B I am moving for the pro hac vice admission the following attorney:

**FULL NAME:** _____
**BUSINESS ADDRESS (include firm name):**_____
_____
**CITY:** _____ **STATE:** _____ **ZIP:** _____
**OFFICE TELEPHONE: (**\_\_\_\_\_**)**_____ **FAX NUMBER: (**\_\_\_\_\_**)**_____
**E-MAIL ADDRESS (*required*):**
_____

This attorney will be representing**:**

_____
```
 interest to Countrywide Insurance Services, Inc.
```

We certify that:

- The proposed admittee is not a member of the North Carolina bar and does not maintain any law office in North Carolina.
- The proposed admittee has never had a *pro hac vice* admission or admission in any other bar revoked.
- The proposed admittee is a member in good standing of the bars of either the United States Court in: _____, and/or the highest court of the State of _____, and/or the District of Columbia Bar.
- The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.
- The proposed admittee has established or will upon his/her *pro hac vice* admission proceed to immediately establish an ECF account with the Western District of N.C.
- The undersigned movant will serve as co-counsel in these proceedings and will attend all hearings with the proposed admittee unless otherwise permitted by the Court.
- **The $276.00 fee for admission *pro hac vice* is being submitted with the filing of this motion.**

Respectfully submitted,

   s/ Nathan C. Chase, Jr.
**Signature:**

_____
**Printed Name**

_____
**Firm**

_____
**Street Address**

_____
**City, State, Zip**

_____
**Telephone Number**

_____
**Fax Number**

_____
**E-Mail Address**

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification to the following parties of record in this case.

| | |
|---|---|
| E. Michelle Drake<br>Sarah W. Steenhoek<br>drake@nka.com<br>ssteenhoek@nka.com<br><br>Peter H. Levan, Jr.<br>plevan@ktmc.com<br><br>Daniel Kent Bryson<br>dan@wbmllp.com<br><br>*Attorneys for Plaintiffs* | Bradley R. Kutrow<br>Steven N. Baker<br>bkutrow@mcguirewoods.com<br>sbaker@mcguirewoods.com<br><br>Brian M. LaMacchia<br>David Seth Kantrowitz<br>David L. Permut<br>Matthew G. Lindenbaum<br>blamacchia@goodwinprocter.com<br>dkantorwitz@goodwinproctor.com<br>dpermut@goodwinprocter.com<br>mlindenbaum@goodwinprocter.com<br><br>*Attorneys for Defendant Bank of America, N.A.* |
| David Leonard Brown<br>dbrown@hldhlaw.com<br><br>Eric R. Dinallo<br>Robert D. Goodman<br>edinallo@debevoise.com<br>rgoodman@deveboise.com<br><br>Brady A. Yntema<br>yntema@nldhlaw.com<br><br>*Attorneys for Defendant Illinois Insurance Company* | |

This 14th day of November, 2012.

                                                        s/ Nathan C. Chase, Jr.
                                                        Robert E. Harrington
                                                        N.C. Bar No. 26967
                                                        rharrington@rbh.com
                                                        Nathan C. Chase, Jr.
                                                        N.C. Bar No. 39314
                                                        nchase@rbh.com

3149374v1

ROBINSON BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246
Telephone: 704.377.2536
Facsimile: 704.378.4000

Attorneys for Defendant Seattle Specialty Insurance Services, Inc., in its own capacity and as successor in interest to Countrywide Insurance Services, Inc.