IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-487-MOC-DCK

| | |
|---|---|
| DAVID HOLMES, HERTA S. THEBERGE, MARGUERITE K. POTTER, and the MARGUERITE K. POTTER REVOCABLE TRUST, et al., | ) ) ) ) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| BANK OF AMERICA, N.A., and ILLINOIS UNION INSURANCE COMPANY, et al. | ) ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 54) filed by Nathan C. Chase concerning Katherine L. Halliday on November 14, 2012. Ms. Halliday seeks to appear as counsel *pro hac vice* for Defendant Seattle Specialty Insurance Services, Inc., in its own capacity and as successor in interest to Countrywide Insurance Services, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 54) is **GRANTED**.

Signed: November 14, 2012

David C. Keesler
United States Magistrate Judge