## UNITED STATES DISTRICT COURT
for the
### Western District of North Carolina

DAVID HOLMES, HERTA THEBERGE,
MARGUERITE K. POTTER, and the MARGUERITE
K. POTTER REVOCABLE TRUST, individually and
on behalf of all others similarly situated,

    *Plaintiff*    )
    v.    )    **Civil Action No.** 3:12-cv-00487-MOC
    )
BANK OF AMERICA, N.A., in its own capacity and as )
successor by merger to BAC HOME LOANS )
SERVICING, L.P., SEATTLE SPECIALTY )
INSURANCE SERVICES, INC., in its own capacity and )
as successor in interest to COUNTRYWIDE )
    )
    *Defendant*

**SUMMONS IN A CIVIL ACTION**

**TO:** *(Defendant's name and address)*
    Seattle Specialty Insurance Services, Inc, c/o Registered Agent Richard Pedack, 2815 Colby
    Ave, Suite 200, Everett, Washington, 98201.

    **A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

  E. Michelle Drake, Nichols Kaster, PLLP, 4600 IDS Center, 80 S 8th St, Minneapolis, MN 55402

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

*Frank G. Johns* (signature)

Frank G. Johns, Clerk
United States District Court

Date    **11/1/2012**

Serial # NICKAA 109333 3107

Re: 11472-01

STATE OF WASHINGTON

AFFIDAVIT OF SERVICE

COUNTY OF KING

___ROBERT HOYDEN___, being duly sworn, on oath says that on
(Name of Server)

_11_/_05_/2012 at _11_:_52 A_ M
(Date of Service)   (Time of Service)

s(he) served the attached: Summons, Complaint, & Exhibits

upon: Seattle Specialty Insurance Services, Inc.

therein named, personally at:  2815 Colby Ave
Suite 200
~~Everett~~, WA 98201
**Everett**

by handling to and leaving with:

[X] the Registered Agent of Seattle Specialty Insurance Services, Inc.
[ ] an Officer of Seattle Specialty Insurance Services, Inc.
[ ] a Managing Agent, someone within Seattle Specialty Insurance Services, Inc. whose management capacity is such that (s)he exercises independent judgment and discretion

RICHARD PEDACK                              Registered Agent
(Name of the Person with whom the documents were left)   (Title or Relationship)

a true and correct copy thereof.

Subscribed and Sworn to before me
_11_/_6_/2012.

*(Signature of Notary)*           *(Signature of Server)*

ROBERT HOYDEN
Registered Process Server
#9202902
(King County, WA.)

[Notary Seal: TRACI E. NASH, Notary Public, State of Washington, Commission Expires 04-25-15]

---

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Metro Legal Services, Inc.
330 2nd Avenue South, Suite 150, Minneapolis, MN 55401
T (612) 332-0202 or (800) 488-8994  F (612) 332-5215