# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

DAVID HOLMES, HERTA THEBERGE, MARGUERITE K. POTTER, and the MARGUERITE K. POTTER REVOCABLE TRUST, individually and on behalf of all others similarly situated,

    *Plaintiff*    )
v.    )    Civil Action No. 3:12-cv-00487-MOC
    )

BANK OF AMERICA, N.A., in its own capacity and as successor by merger to BAC HOME LOANS SERVICING, L.P., SEATTLE SPECIALTY INSURANCE SERVICES, INC., in its own capacity and as successor in interest to COUNTRYWIDE

    *Defendant*

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*

    Lloyd's, Underwriters at, London, c/o Florida Chief Financial Officer as RA, 200 East Gaines Street, Tallahassee, FL 32399 and c/o Mendes & Mount, 750 Seventh Avenue, New York, NY 10019

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

  E. Michelle Drake, Nichols Kaster, PLLP, 4600 IDS Center, 80 S 8th St, Minneapolis, MN 55402,

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

*/s/ Frank G. Johns*
Frank G. Johns, Clerk
United States District Court

Date **11/1/2012**



CHIEF FINANCIAL OFFICER
JEFF ATWATER
STATE OF FLORIDA



12-144221

DAVID HOLMES, HERTA THEBERGE,
MARGUERITE K. POTTER, AND
MARGUERITE K. POTTER REVOCABLE TRUST,
INDIVIDUALLY AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED
PLAINTIFF(S), VS.

CASE #: 3:12-CV-00487-MOC
COURT: UNITED STATES DISTRICT C(
COUNTY: WESTERN DISTRICT OF NOR`
DFS-SOP#: 12-144221

BANK OF AMERICA, N.A., IN ITS OWN CAPACITY AND
AS SUCCESSOR BY MERGER TO BAC HOME LOANS
SERVICING, L.P., SEATTLE SPECIALTY INSURANCE
SERVICES, INC., IN ITS OWN CAPACITY AND AS
SUCCESSOR IN INTEREST TO COUNTRYWIDE
DEFENDANT(S).
_____/
SUMMONS IN A CIVIL ACTION, FIRST AMENDED COMPLAINT AND
JURY TRIAL DEMAND, EXHIBIT, DISCOVERY

## NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by MAIL on the 5th day of November, 2012 and a copy was forwarded by Electronic Delivery on the 8th day of November, 2012 to the designated agent for the named entity as shown below.

LLOYD'S UNDERWRITERS AT LONDON
EDWARD T SMITH
AKA CERTAIN UNDERWRITERS AT LLOYD'S, LONDON
MENDES & MOUNT
750 SEVENTH AVENUE
NEW YORK, NY 10019-6829

\* Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080.

Jeff Atwater
Chief Financial Officer

cc to: Plaintiff's Representative for filing in appropriate court:

SARAH W. STEENHOEK
4600 IDS CENTER
80 SOUTH 8TH STREET
MINNEAPOLIS MN 55402

AJ1

Division of Legal Services - Service of Process Section

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

DAVID HOLMES, HERTA THEBERGE,
MARGUERITE K. POTTER, and the MARGUERITE
K. POTTER REVOCABLE TRUST, individually and
on behalf of all others similarly situated,

      *Plaintiff* )
      v. )    Civil Action No. 3:12-cv-00487-MOC
      )
BANK OF AMERICA, N.A., in its own capacity and as )
successor by merger to BAC HOME LOANS )
SERVICING, L.P., SEATTLE SPECIALTY )
INSURANCE SERVICES, INC., in its own capacity and )
as successor in interest to COUNTRYWIDE )
      )
      *Defendant*

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
Lloyd's, Underwriters at, London, c/o Florida Chief Financial Officer as RA, 200 East Gaines Street, Tallahassee, FL 32399 and c/o Mendes & Mount, 750 Seventh Avenue, New York, NY 10019

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

E. Michelle Drake, Nichols Kaster, PLLP, 4600 IDS Center, 80 S 8th St, Minneapolis, MN 55402,

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date    11/1/2012

*/s/ Frank G. Johns*
Frank G. Johns, Clerk
United States District Court