# UNITED STATES DISTRICT COURT
for the
Western District of North Carolina

DAVID HOLMES, HERTA THEBERGE,
MARGUERITE K. POTTER, and the MARGUERITE
K. POTTER REVOCABLE TRUST, individually and
on behalf of all others similarly situated,

    *Plaintiff*    )
    v.    )    Civil Action No. 3:12-cv-00487-MOC
    )

BANK OF AMERICA, N.A., in its own capacity and as
successor by merger to BAC HOME LOANS
SERVICING, L.P., SEATTLE SPECIALTY
INSURANCE SERVICES, INC., in its own capacity and
as successor in interest to COUNTRYWIDE

    *Defendant*

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
    Lloyd's, Underwriters at, London, c/o Florida Chief Financial Officer as RA, 200 East Gaines Street, Tallahassee, FL 32399 and c/o Mendes & Mount, 750 Seventh Avenue, New York, NY 10019

    **A lawsuit has been filed against you.**

    **Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

    E. Michelle Drake, Nichols Kaster, PLLP, 4600 IDS Center, 80 S 8th St, Minneapolis, MN 55402,

    **If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

*/s/ Frank G. Johns*    Date    **11/1/2012**

Frank G. Johns, Clerk
United States District Court

Serial # NICKAA 109334 3108

Re: 11472-01

STATE OF NEW YORK

AFFIDAVIT OF SERVICE

COUNTY OF NEW YORK

__FREDERICK PRINGLE__, being duly sworn, on oath says that on
(Name of Server)

__11__/__6__/2012 at __1__:__30__ __P__M
(Date of Service)    (Time of Service)

s(he) served the attached: Summons, Complaint, & Exhibits

upon: Lloyd's, Underwriters at, London

therein named, personally at:   c/o Mendes & Mount
                                                            750 Seventh Ave
                                                           New York, NY 10019

by handling to and leaving with:

__William J. DIETRICH__  __Attorney__
(Name of the Person with whom the documents were left)  (Title or Relationship)

a true and correct copy thereof.

Subscribed and Sworn to before me

__11__/__9__/2012.

__Frederick Pringle__
(Signature of Server)

(Signature of Notary)

JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2016

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Metro Legal Services, Inc.
330 2nd Avenue South, Suite 150, Minneapolis, MN 55401
T (612) 332-0202 or (800) 488-8994   F (612) 332-5215