# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

DAVID HOLMES, HERTA THEBERGE,
MARGUERITE K. POTTER, and the MARGUERITE
K. POTTER REVOCABLE TRUST, individually and
on behalf of all others similarly situated,

    *Plaintiff*    )
    v.    )    Civil Action No. 3:12-cv-00487-MOC
    )

BANK OF AMERICA, N.A., in its own capacity and as
successor by merger to BAC HOME LOANS
SERVICING, L.P., SEATTLE SPECIALTY
INSURANCE SERVICES, INC., in its own capacity and
as successor in interest to COUNTRYWIDE

    *Defendant*

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
Certain Underwriters at Lloyd's, London, including all underwriters at Lloyd•s London who underwrote force-placed wind insurance policies for Bank of America as the insured during the applicable statute of limitations period, c/o Florida Chief Financial Officer as RA, 200 East Gaines Street, Tallahassee, FL 32399 and c/o Mendes & Mount, 750 Seventh Avenue, New York, NY 10019

**A lawsuit has been filed against you.**

**Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:**

E. Michelle Drake, Nichols Kaster, PLLP, 4600 IDS Center, 80 S 8th St, Minneapolis, MN 55402

**If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.**

*/s/ Frank G. Johns*
Frank G. Johns, Clerk
United States District Court

Date _____11/1/2012_____




12-144134

CHIEF FINANCIAL OFFICER
JEFF ATWATER
STATE OF FLORIDA

---

DAVID HOLMES, HERTA THEBERGE, ET AL,

PLAINTIFF(S),

VS.

BANK OF AMERICA, N.A., IN ITS OWN CAPACITY AND AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, L.P., SEATTLE SPECIALITY INSURANCE SERVICES, INC., IN ITS OWN CAPACITY AND AS SUCCESSOR IN INTEREST TO COUNTRYWIDE

DEFENDANT(S).
_____/

CASE #: 3:12-CV-00487-MOC
COURT: US DISTRICT COURT
COUNTY: NC WESTERN DIST
DFS-SOP#: 12-144134

SUMMONS IN A CIVIL ACTION, RULE 23 CLASS ACTION COMPLAINT & JURY TRIAL DEMAND, EXHIBITS

## NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by MAIL on the 5th day of November, 2012 and a copy was forwarded by Electronic Delivery on the 8th day of November, 2012 to the designated agent for the named entity as shown below.

LLOYD'S UNDERWRITERS AT LONDON
EDWARD T SMITH
AKA CERTAIN UNDERWRITERS AT LLOYD'S, LONDON
MENDES & MOUNT
750 SEVENTH AVENUE
NEW YORK, NY 10019-6829

\* Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080.

Jeff Atwater
Chief Financial Officer

cc to: Plaintiff's Representative for filing in appropriate court:

E. MICHELLE DRAKE
4600 IDS CENTER
80 S. 8TH ST.
MINNEAPOLIS MN 55402

SKT

Division of Legal Services-Service of Process Section
200 East Gaines Street - P.O. Box 6200 - Tallahassee, Florida 32314-6200 - (850) 413-4200 - Fax (850) 922-2544

# UNITED STATES DISTRICT COURT
## for the
## Western District of North Carolina

DAVID HOLMES, HERTA THEBERGE,
MARGUERITE K. POTTER, and the MARGUERITE
K. POTTER REVOCABLE TRUST, individually and
on behalf of all others similarly situated,

*Plaintiff*

v.                                        )   Civil Action No. 3:12-cv-00487-MOC

BANK OF AMERICA, N.A., in its own capacity and as
successor by merger to BAC HOME LOANS
SERVICING, L.P., SEATTLE SPECIALTY
INSURANCE SERVICES, INC., in its own capacity and
as successor in interest to COUNTRYWIDE

*Defendant*

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
Certain Underwriters at Lloyd's, London, including all underwriters at Lloyd's London who underwrote force-placed wind insurance policies for Bank of America as the insured during the applicable statute of limitations period, c/o Florida Chief Financial Officer as RA, 200 East Gaines Street, Tallahassee, FL 32399 and c/o Mendes & Mount, 750 Seventh Avenue, New York, NY 10019

**A lawsuit has been filed against you.**

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

E. Michelle Drake, Nichols Kaster, PLLP, 4600 IDS Center, 80 S 8th St, Minneapolis, MN 55402

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*[signature]*
Frank G. Johns, Clerk
United States District Court

Date 11/1/2012

SERVED DEFENDANT 2012 NOV -5 AM 11:15 FLORIDA DEPARTMENT OF FINANCIAL SERVICES

RECEIVED IN SERVICE OF PROCESS SECTION FLORIDA DEPARTMENT OF FINANCIAL SERVICES 2012 NOV -8 AM 11:03