# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

DAVID HOLMES, HERTA THEBERGE,
MARGUERITE K. POTTER, and the MARGUERITE
K. POTTER REVOCABLE TRUST, individually and
on behalf of all others similarly situated,

|  |  |  |
|---|---|---|
| *Plaintiff* | ) | |
| **v.** | ) | **Civil Action No.** 3:12-cv-00487-MOC |
| | ) | |
| BANK OF AMERICA, N.A., in its own capacity and as | ) | |
| successor by merger to BAC HOME LOANS | ) | |
| SERVICING, L.P., SEATTLE SPECIALTY | ) | |
| INSURANCE SERVICES, INC., in its own capacity and | ) | |
| as successor in interest to COUNTRYWIDE | ) | |
| *Defendant* | | |

## SUMMONS IN A CIVIL ACTION

**TO:** *(Defendant's name and address)*
   Certain Underwriters at Lloyd's, London, including all underwriters at Lloyd•s London who
   underwrote force-placed wind insurance policies for Bank of America as the insured during the
   applicable statute of limitations period, c/o Florida Chief Financial Officer as RA, 200 East
   Gaines Street, Tallahassee, FL 32399 and c/o Mendes & Mount, 750 Seventh Avenue, New
   York, NY 10019

   **A lawsuit has been filed against you.**

   **Within 21 days after service of this summons on you (not counting the day you received it) – or 60
days if you are the United States or a United States agency, or an officer or employee of the United States
described in Fed. R. Civ. P. 12(a)(2) or (3) – or 60 days if you are named as a defendant within an
asbestos litigation case - you must serve on the plaintiff an answer to the attached complaint or a motion
under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the
plaintiff or plaintiff's attorney, whose name and address are:**

   E. Michelle Drake, Nichols Kaster, PLLP, 4600 IDS Center, 80 S 8th St, Minneapolis, MN 55402

   **If you fail to respond, judgment by default will be entered against you for the relief demanded in
the complaint.  You also must file your answer or motion with the court.**

_Frank G. Johs_ (signature)

Frank G. Johns, Clerk
United States District Court

Date _____ **11/1/2012** _____


**STATE OF NEW YORK**

**AFFIDAVIT OF SERVICE**

**COUNTY OF NEW YORK**

FREDERICK PRINGLE , being duly sworn, on oath says that on
(Name of Server)

11 / 6 /2012 at 1 : 30 P M
(Date of Service)     (Time of Service)

s(he) served the attached: Summons, Complaint, & Exhibits

upon: Certain Underwriters at Lloyd's, London

therein named, personally at:    c/o Mendes & Mount
750 Seventh Ave
New York, NY 10019

by handling to and leaving with:

[  ]   the Registered Agent of Certain Underwriters at Lloyd's, London
[  ]   an Officer of Certain Underwriters at Lloyd's, London
[  ]   a Managing Agent, someone within Certain Underwriters at Lloyd's, London whose
       management capacity is such that (s)he exercises independent judgment and discretion

William J. DIETRICH                    Attorney
(Name of the Person with whom the documents were left)        (Title or Relationship)

a true and correct copy thereof.


Subscribed and Sworn to before me

11 / 7 /2012.                          Frederick Pringle
                                       (Signature of Server)

(Signature of Notary)


JONATHAN T. RIPPS
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01RI6109718
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES MAY 17, 2016

---

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

**Metro Legal Services, Inc.**
330 2nd Avenue South, Suite 150, Minneapolis, MN 55401
T (612) 332-0202 or (800) 488-8994   F (612) 332-5215