IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-487-MOC-DCK

| | |
|---|---|
| DAVID HOLMES, individually and on behalf of a Rule 23 putative class, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) ORDER |
| BANK OF AMERICA, N.A., in its own capacity and as successor by merger to BAC Home Loans Servicing, L.P., and ILLINOIS UNION INSURANCE COMPANY, SEATTLE SPECIALTY INSURANCE SERVICES, INC., LLOYD'S UNDERWRITERS AT LONDON, and CERTAIN UNDERWRITERS AT LLOYD'S LONDON, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Joint Motion For Leave To File Briefs In Excess Of Local Rule 7.1 Page Limit And To Amend The Briefing Schedule" (Document No. 68) filed on December 14, 2012. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the parties' "Joint Motion For Leave To File Briefs In Excess Of Local Rule 7.1 Page Limit And To Amend The Briefing Schedule" (Document No. 68) is **GRANTED**. Defendant Bank Of America, N.A. may file a memorandum in support of a motion to dismiss of up to thirty (30) pages, on or before **December 17, 2012**.

Plaintiffs' response to such a memorandum shall be filed on or before **January 31, 2013**, and may also be up to thirty (30) pages in length.

    **SO ORDERED**.

Signed: December 14, 2012

David C. Keesler
United States Magistrate Judge