IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. 12-cv-00487-MOC-DCK

| |
|---|
| DAVID HOLMES, HERTA S. THEBERGE, MARGUERITE K. POTTER, and the MARGUERITE K. POTTER REVOCABLE TRUST, individually and on behalf of all others similarly situated, <br><br>            Plaintiffs, <br><br>v. <br><br>BANK OF AMERICA, N.A., in its own capacity and as successor by merger to BAC Home Loans Servicing, L.P., SEATTLE SPECIALTY INSURANCE SERVICES, INC., in its own capacity and as successor in interest to COUNTRYWIDE INSURANCE SERVICES, INC., ILLINOIS UNION INSURANCE COMPANY, and CERTAIN UNDERWRITERS AT LLOYD'S LONDON, including all underwriters who underwrote force-placed wind insurance policies for Bank of America, as the insured during the applicable limitations period and LLOYD'S UNDERWRITERS AT, LONDON, <br><br>            Defendants. |

### JOINT MOTION TO AMEND THE BRIEFING SCHEDULE ON SEATTLE SPECIALITY'S MOTION TO DISMISS

Seattle Specialty Insurance Services, Inc. ("Seattle Specialty") filed a Motion to Dismiss Plaintiffs' Amended Complaint on December 17, 2012 (ECF No. 70). The parties, by and through undersigned counsel, respectfully request that this Court amend the briefing schedule to permit Plaintiffs to file their Opposition to Seattle Specialty's Motion to Dismiss on or before January 31, 2013 and to permit Seattle Specialty to file its Reply on or before February 21, 2013.

Extending the briefing schedule to permit Plaintiffs to file their Opposition on or before January 31, 2013 will accommodate the holiday schedule and provide Plaintiffs with adequate time to respond to issues raised in Seattle Specialty's Motion to Dismiss. Extending Seattle Specialty's reply deadline will allow Seattle Specialty adequate time to respond to Plaintiffs' opposition brief.

WHEREFORE, the parties respectfully request that this Court extend the time during which Plaintiffs may file their Opposition brief to January 31, 2013 and for Seattle Specialty to reply to February 21, 2013.

Dated: December 18, 2012                                         Respectfully submitted,

/s/ Sarah W. Steenhoek                                           /s/ Robyn C. Quattrone
E. Michelle Drake (*pro hac vice*)                               Robyn C. Quattrone (*pro hac vice*)
drake@nka.com                                                    rquattrone@buckleysandler.com
Sarah W. Steenhoek (*pro hac vice*)                              Katherine Halliday (*pro hac vice*)
ssteenhoek@nka.com                                               khalliday@buckleysandler.com
Nichols Kaster, PLLP                                             Buckley Sandler, LLP
4600 IDS Center                                                  1250 24th Street NW, Suite 700
80 South Eighth Street                                           Washington, DC 20037
Minneapolis, MN 55402                                            T: (202) 349-8000
T: (612) 256-3200                                                F: (202) 349-8080
F: (612) 215-6870

                                                                 Robert E. Harrington, NC Bar No. 26967
Peter H. Levan, Jr. (*pro hac vice*)                             rharrington@rbh.com
Edward W. Ciolko**                                               Nathan C. Chase Jr., NC Bar No. 39314
Donna Siegel Moffa**                                             nchase@rbh.com
Amanda Trask**                                                   Robinson, Bradshaw & Hinson, P.A.
Kessler Topaz Meltzer & Check LLP                                101 North Tryon Street, Suite 1900
280 King of Prussia Road                                         Charlotte, NC 28246
Radnor, PA 19087                                                 T: (703) 377-8387
T: (610) 667-7706                                                F: (703) 373-3987
F: (610) 667-7056
        **pro hac vice* applications forthcoming
                                                                 *Attorneys for Defendant Seattle Specialty*
                                                                 *Insurance Services, Inc., in its own capacity*
Shanon J. Carson**                                               *and as successor in interest to Countrywide*
Lawrence Deutsch**                                               *Insurance Services, Inc.*
Robin Switzenbaum**
        **pro hac vice* applications forthcoming
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-4656
Fax: (215) 875-4604
Email:  scarson@bm.net
        ldeutsch@bm.net
        rswitzenbaum@bm.net

Brett Cebulash**
Kevin S. Landau**
        **pro hac vice* applications forthcoming
Taus, Cebulash & Landau, LLP
80 Maiden Lane, Suite 1204
New York, NY 10038
Telephone:  (212) 931-0704
Fax:  (212) 931-0703
Email:  bcebulash@tcllaw.com
        klandau@tcllaw.com

Scott A. Shorr**
Tim S. DeJong**
    **pro hac vice* applications forthcoming
Stoll Stoll Berne Lokting & Shlachter, P.C.
209 S.W. Oak Street, Fifth Floor
Portland, Oregon 97204
Telephone: (503) 227-1600
Fax: (503) 227-6840
Email: sshorr@stollberne.com
      tdejong@stollberne.com

Seth E. Miles**
    *** pro hac vice* application forthcoming
Grossman Roth, P.A.
2525 Ponce de Leon Blvd., Suite 1150
Coral Gables, FL 33134
Telephone: (888) 296-1681
Fax: (305) 285-1668
Email: SEM@grossmanroth.com

Edward F. Haber**
Adam S. Stewart**
    *** pro hac vice* applications forthcoming
Shapiro Haber & Urmy, LLP
53 State Street
Boston, MA 02109
Telephone: (617) 439-3939
Fax: (617) 439-0134
Email: ehaber@shulaw.com
      astewart@shulaw.com

Daniel Kent Bryson, NC Bar No. 15781
Karl Almenchenko, NC Bar No. 43387
dan@wbmllp.com
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
T: (919) 600-5000
F: (919) 600-5035

*Attorneys for Plaintiffs David Holmes, Herta S. Theberge, Marguerite K. Potter, and the Marguerite K. Potter Revocable Trust*

## CERTIFICATE OF SERVICE

I, Sarah W. Steenhoek, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 18, 2012.


Dated: December 18, 2012                                        /s/ Sarah W. Steenhoek

- 5 -
Case 3:12-cv-00487-MOC-DCK   Document 89   Filed 12/18/12   Page 5 of 5