# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

### CIVIL ACTION NO. 3:12-CV-00487-MOC

| | |
|---|---|
| DAVID HOLMES, HERTA S. THEBERGE, MARGUERITE K. POTTER, AND THE MARGUERITE K. POTTER REVOCABLE TRUST, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>BANK OF AMERICA, N.A., in its own capacit and as successor by merger to BAC HOME LOANS SERVICING, LP; SEATTLE SPECIALTY INSURANCE SERVICES, INC., in its own capacity and as successor in interest to COUNTRYWID3E INSURANCE SERVICES, INC., ILLINOIS UNION INSURANCE COMPANY, AND CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, including all underwriters who underwrote force-placed wind insurance policies for Bank of America, as the insured during the applicable limitations period and LLOYD'S, UNDERWRITERS AT, LONDON,<br><br>Defendants. | CONSENT MOTION OF DEFENDANT SEATTLE SPECIALTY INSURANCE SERVICES, INC. REQUESTING ORAL ARGUMENT ON ITS MOTION TO DISMISS |

Pursuant to Local Civil Rule 7.1(A), Defendant Seattle Specialty Insurance Services, Inc. ("SSIS") respectfully requests that this Court grant oral argument to consider its pending Motion to Dismiss. SSIS believes that oral argument would assist the Court in deciphering Plaintiffs' allegations and therefore aid the decisional process. SSIS respectfully requests thirty minutes per party.

SSIS has conferred with counsel for Plaintiffs pursuant to Local Rule 7.1(B), and Plaintiffs do not oppose this request.

Dated: December 19, 2012

Respectfully submitted,

s/ Robert E. Harrington
Robert E. Harrington
N.C. Bar No. 26967
rharrington@rbh.com
Nathan C. Chase, Jr.
N.C. Bar No. 39314
nchase@rbh.com
**Robinson Bradshaw & Hinson, P.A.**
101 North Tryon Street, Suite 1900
Charlotte, NC 28246
Tel.: 704.377.2536
Fax: 704.378.4000

Matthew P. Previn
mprevin@buckleysandler.com
**BuckleySandler LLP**
1133 Avenue of the Americas, Suite 3100
New York, NY 10036
Tel.: 212.600.2310
Fax: 212.600.2405

Robyn C. Quattrone
rquattrone@buckleysandler.com
Stephen M. LeBlanc
sleblanc@buckleysandler.com
Katherine Halliday
khalliday@buckleysandler.com
**BuckleySandler LLP**
1250 24th Street NW, Suite 700
Washington, DC 20037
Tel.: 202.349.8000
Fax: 202.349.8080

*Counsel for Seattle Specialty Insurance Services, Inc.*

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was electronically filed today with the Clerk of the Court by using the CM/ECF System, which will electronically notify the following counsel of record:

E. Michelle Drake
drake@nka.com
Sarah W. Steenhoek
ssteenhoek@nka.com
**Nichols Kaster, PLLP**
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

Peter H. LeVan , Jr.
plevan@ktmc.com
**Kessler Topaz Meltzer & Check LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056


Daniel Kent Bryson
dan@wbmllp.com
**Whitfield, Bryson & Mason, LLP**
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035

*Counsel for Plaintiffs*

**Bradley R. Kutrow**
bkutrow@mcguirewoods.com
**Helms, Mulliss & Wicker, PLLC**
201 N. Tryon Street
P. O. Box 31247
Charlotte, NC 28231
Telephone: (704) 343-2049
Fax: (704) 343-2300

Brian M. LaMacchia
blamacchia@goodwinprocter.com
David Seth Kantrowitz
dkantrowitz@goodwinprocter.com
Matthew G Lindenbaum
mlindenbaum@goodwinprocter.com
**Goodwin Procter**
53 State Street
Boston, MA 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231

**David L. Permut**
dpermut@goodwinprocter.com
Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444

**Steven N. Baker**
sbaker@mcguirewoods.com
McGuirewoods LLP
201 N. Tryon Street, Suite 3000
Charlotte, NC 28202
Telephone: (704) 343-2262
Facsimile: (704) 353-6172

*Counsel for Defendant Bank of America, N.A.*

1

David Leonard Brown
dbrown@nldhlaw.com
Brady A. Yntema
byntema@nldhlaw.com
**Nelson Levin de Luca & Hamilton, LLC**
800 Green Valley Road, Suite 302
Greensboro, NC 27408
Telephone: (336) 419-4900
Facsimile: (336) 419-4950

Eric R. Dinallo
edinallo@debevoise.com
Robert D. Goodman
rdgoodman@debevoise.com
**Debevoise & Plimpton LLP**
919 Third Avenue
New York, NY 10022
Telephone: (212) 909-6000
Facsimile: (212) 521-7544

*Counsel for Defendant Illinois Union Insurance Co.*

Kevin Michael O'Brien
obrienk@phelps.com
**Phelps Dunbar LLP**
Glen Lake One
4140 ParkLake Ave
Suite 100
Raleigh, NC 27612
Telephone: (919) 789-5300
Facsimile: (919) 789-5301

*Counsel for Defendant Lloyd's London Certain Underwriters*

    This 19th day of December, 2012

                                      s/ Robert E. Harrington
                                      Robert E. Harrington

2

Case 3:12-cv-00487-MOC-DCK   Document 91   Filed 12/19/12   Page 4 of 4