IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. 12-cv-00487-MOC-DCK

| | |
|---|---|
| DAVID HOLMES, HERTA S. THEBERGE, MARGUERITE K. POTTER, and the MARGUERITE K. POTTER REVOCABLE TRUST, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., in its own capacity and as successor by merger to BAC Home Loans Servicing, L.P., SEATTLE SPECIALTY INSURANCE SERVICES, INC., in its own capacity and as successor in interest to COUNTRYWIDE INSURANCE SERVICES, INC., ILLINOIS UNION INSURANCE COMPANY, and CERTAIN UNDERWRITERS AT LLOYD'S LONDON, including all underwriters who underwrote force-placed wind insurance policies for Bank of America, as the insured during the applicable limitations period and LLOYD'S UNDERWRITERS AT, LONDON,<br><br>Defendants. | |

## JOINT MOTION TO AMEND THE BRIEFING SCHEDULE ON ALL DEFENDANTS' MOTIONS TO DISMISS

WHEREAS, Illinois Union Insurance Company ("Illinois Union"), Seattle Specialty Insurance Services, Inc. ("Seattle Specialty"), and Bank of America, N.A., in its own capacity and as successor by merger to BAC Home Loans Servicing, L.P. ("Bank of America"), each filed a Motion to Dismiss Plaintiffs' Amended Complaint on December 17, 2012 (ECF Nos. 72, 70 and 87 respectively); and

WHEREAS, CERTAIN UNDERWRITERS AT LLOYD'S LONDON, including all underwriters who underwrote force-placed wind insurance policies for Bank of America, as the insured during the applicable limitations period ("Lloyd's") intend to file a Motion to Dismiss Plaintiffs' Amended Complaint on or before December 31, 2012 pursuant to the Court's Order (ECF No. 62); and

WHEREAS, the parties wish to harmonize the briefing schedule on the various motions to dismiss; and

WHEREAS, the Court has already granted Plaintiffs an extension to respond to Bank of America's Motion to Dismiss and has ordered that the Plaintiffs' opposition brief shall be filed on or before January 31, 2013 (ECF No. 69) and the instant request would make that date the due date as to all Defendants; and

WHEREAS, good cause exists to grant Plaintiffs an extension to respond to Seattle Specialty's, Illinois Union's, and Lloyd's Motions to Dismiss on or before January 31, 2013 for, *inter alia*, the following reasons:

- Plaintiffs believe that this extension will afford them adequate time to review the briefs filed by all Defendants (including Lloyd's yet to be filed Motion to Dismiss) before having to file their opposition briefs to any of the Defendants' Motions to Dismiss and avoid putting Plaintiffs in the position of having to respond to some Defendants' motions only days after seeing the arguments raised by their co-Defendants;

- Plaintiffs believe that having a single date by which responses to all Defendants' motions are due will best allow Plaintiffs to avoid unnecessary repetition in multiple briefs by allowing Plaintiffs to make cohesive arguments in a concerted

> fashion; and

- Several of the undersigned Plaintiffs' counsels have out of town travel scheduled for the holiday season.

WHEREAS, establishing a uniform briefing schedule will result in efficiencies for the Court and all parties, especially since all parties request oral argument on this matter and agree that a single hearing should be held as to all Defendants' Motions to Dismiss; and

WHEREFORE, the parties respectfully request that this Court extend the briefing schedule as follows:

Plaintiffs shall respond to all Defendants' Motions to Dismiss on or before January 31, 2013; and

All Defendants shall submit their replies on or before February 21, 2013.

The parties agree that they will not request any further extensions to the Motions to Dismiss briefing schedule.

Dated:  December 19, 2012                              Respectfully submitted,

/s/ Sarah W. Steenhoek                                 /s/ Brady A. Yntema
E. Michelle Drake (*pro hac vice*)                     Bray A. Yntema, NC Bar No. 25771
drake@nka.com                                          byntema@nldhlaw.com
Sarah W. Steenhoek (*pro hac vice*)                    David L. Brown, NC Bar No. 18942
ssteenhoek@nka.com                                     dbrown@nldhlaw.com
Nichols Kaster, PLLP                                   Nelson Levine Deluca & Hamilton, LLC
4600 IDS Center                                        800 Green Valley Rd, Suite 302
80 South Eighth Street                                 Greensboro, NC 27408
Minneapolis, MN 55402                                  T: (336) 419-4900
T: (612) 256-3200                                      F: (336) 419-4950
F: (612) 215-6870

                                                       Eric R. Dinallo (*pro hac vice*)
Peter H. Levan, Jr. (*pro hac vice*)                   edinallo@debevoise.com
Edward W. Ciolko**                                     Robert D. Goodman (*pro hac vice*)
Donna Siegel Moffa**                                   rdgoodman@debevoise.com
Amanda Trask**                                         Debevoise & Plimpton, LLP
Kessler Topaz Meltzer & Check LLP                      919 Third Avenue
280 King of Prussia Road                               New York, NY 10022
Radnor, PA 19087                                       T: (212) 909-6000
T: (610) 667-7706                                      F: (212) 521-7967
F: (610) 667-7056
        **pro hac vice* applications forthcoming       *Attorneys for Defendant Illinois Union Insurance Company*

Shanon J. Carson**
Lawrence Deutsch**                                     /s/ Robyn C. Quattrone
Robin Switzenbaum**                                    Robyn C. Quattrone (*pro hac vice*)
        **pro hac vice* applications forthcoming       rquattrone@buckleysandler.com
Berger & Montague, P.C.                                Katherine Halliday (*pro hac vice*)
1622 Locust Street                                     khalliday@buckleysandler.com
Philadelphia, PA 19103                                 Buckley Sandler, LLP
Telephone: (215) 875-4656                              1250 24th Street NW, Suite 700
Fax: (215) 875-4604                                    Washington, DC 20037
Email:  scarson@bm.net                                 T: (202) 349-8000
        ldeutsch@bm.net                                F: (202) 349-8080
        rswitzenbaum@bm.net

                                                       Robert E. Harrington, NC Bar No. 26967
Brett Cebulash**                                       rharrington@rbh.com
Kevin S. Landau**                                      Nathan C. Chase Jr., NC Bar No. 39314
        **pro hac vice* applications forthcoming       nchase@rbh.com
Taus, Cebulash & Landau, LLP                           Robinson, Bradshaw & Hinson, P.A.
80 Maiden Lane, Suite 1204                             101 North Tryon Street, Suite 1900
New York, NY 10038                                     Charlotte, NC 28246
Telephone:  (212) 931-0704                             T: (703) 377-8387
Fax:  (212) 931-0703                                   F: (703) 373-3987
Email:  bcebulash@tcllaw.com
        klandau@tcllaw.com

Scott A. Shorr**
Tim S. DeJong**
    **pro hac vice* applications forthcoming
Stoll Stoll Berne Lokting & Shlachter, P.C.
209 S.W. Oak Street, Fifth Floor
Portland, Oregon 97204
Telephone: (503) 227-1600
Fax: (503) 227-6840
Email: sshorr@stollberne.com
     tdejong@stollberne.com

Seth E. Miles**
    ** *pro hac vice* application forthcoming
Grossman Roth, P.A.
2525 Ponce de Leon Blvd., Suite 1150
Coral Gables, FL 33134
Telephone: (888) 296-1681
Fax: (305) 285-1668
Email: SEM@grossmanroth.com

Edward F. Haber**
Adam S. Stewart**
    ** *pro hac vice* applications forthcoming
Shapiro Haber & Urmy, LLP
53 State Street
Boston, MA 02109
Telephone: (617) 439-3939
Fax: (617) 439-0134
Email: ehaber@shulaw.com
     astewart@shulaw.com

Daniel Kent Bryson, NC Bar No. 15781
Karl Almenchenko, NC Bar No. 43387
dan@wbmllp.com
Whitfield, Bryson & Mason, LLP
900 W. Morgan Street
Raleigh, NC 27603
T: (919) 600-5000
F: (919) 600-5035

*Attorneys for Plaintiffs David Holmes, Herta S. Theberge, Marguerite K. Potter, and the Marguerite K. Potter Revocable Trust*

*Attorneys for Defendant Seattle Specialty Insurance Services, Inc., in its own capacity and as successor in interest to Countrywide Insurance Services, Inc.*

/s/ David L. Permut
David L. Permut (*pro hac vice*)
dpermut@goodwinprocter.com
Goodwin Procter LLP
901 New York Avenue, NW
Washington, DC 20001
T: (202) 346-4182
F: (202) 346-4444

Matthew G. Lindenbaum (*pro hac vice*)
mlindenbaum@goodwinprocter.com
Brian M. LaMacchia (*pro hac vice*)
blamacchia@goodwinprocter.com
David S. Kantrowitz (*pro hac vice*)
dkantrowitz@goodwinprocter.com
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
T: (617) 570-8318
F: (617) 523-1231

Bradley R. Kutrow, NC Bar No. 13851
bkutrow@mcguirewoods.com
Brian A. Kahn, NC Bar No. 29291
bkahn@mcguirewoods.com
Steven N. Baker, NC Bar No. 36607
sbaker@mcguirewoods.com
McGuireWoods LLP
201 N. Tryon Street, Suite 3000
Charlotte, NC 28202
T: (704) 343-2262
F: (704) 353-6172

*Attorneys for Defendant Bank of America, N.A., for itself and as successor by merger to BAC Home Loans Servicing, L.P.*

/s/Kevin M. O'Brien
Kevin M. O'Brien, NC Bar No. 43373
obrienk@phelps.com
GlenLake One

4140 ParkLake Ave, Suite 100
Raleigh, NC 27612-3723
T: (919) 789-5300
F: (919) 789-5301

*Attorney for Defendant Certain Underwriters at Lloyd's, London, including all underwriters at Lloyd's London who underwrote force-placed wind insurance policies for Bank of America as the insured during the applicable statute of limitations period*

### CERTIFICATE OF SERVICE

    I, Sarah W. Steenhoek, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 19, 2012.

Dated: December 19, 2012                             /s/ Sarah W. Steenhoek