IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. 3:12-cv-487-MOC-DCK

| | |
|---|---|
| DAVID HOLMES, HERTA S. THEBERGE, MARGUERITE K. POTTER, and the MARGUERITE K. POTTER REVOCABLE TRUST, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., in its own capacity and as successor by merger to BAC HOME LOANS SERVICING, L.P., SEATTLE SPECIALTY INSURANCE SERVICES, INC., in its own capacity and as successor in interest to COUNTRYWIDE INSURANCE SERVICES, INC., ILLINOIS UNION INSURANCE COMPANY, and CERTAIN UNDERWRITERS AT LLOYD'S LONDON, including all underwriters who underwrote force-placed wind insurance policies for Bank of America, as the insured during the applicable limitations period and LLOYD'S, UNDERWRITERS, AT LONDON<br><br>Defendants. | **DEFENDANTS CERTAIN UNDERWRITERS' NOTICE OF FILING SUPPLEMENTAL EXHIBITS IN SUPPORT OF MOTION TO DISMISS [D.E. 94]** |

NOW INTO COURT, through undersigned counsel, come Defendants named as "Certain Underwriters at Lloyd's, London including all underwriters at Lloyd's London who underwrote force-placed wind insurance policies for Bank of America as the insured during the applicable statute of limitations period" (hereinafter, "Certain Underwriters"), which respectfully submit the attached supplemental exhibits in support of their Motion to Dismiss [D.E. 94] as follows:

Exhibit 1B: Policy Certificate No. 08983-001, referred to as the "Policy" in Certain Underwriters' Motion to Dismiss and promised therein to be filed as Exhibit 1B (*see* Motion to Dismiss [D.E. 94], footnote 2); and

Exhibit 2: Amended/Supplemental Declaration of Mark Hicks, January 16, 2013.

Respectfully submitted this 16th day of January, 2013.

> PHELPS DUNBAR LLP
>
> s/ Kevin M. O'Brien
> Kevin M. O'Brien
> obrienk@phelps.com
> N.C. State Bar #43373
> GlenLake One
> 4140 ParkLake Avenue, Suite 100
> Raleigh, North Carolina 27612-3723
> Telephone: 919-789-5300
> Facsimile: 919-789-5301
> *Attorney for Defendants Named as "Certain Underwriters at Lloyd's, London including all underwriters at Lloyd's London who underwrote force-placed wind insurance policies for Bank of America as the insured during the applicable statute of limitations period"*

# **CERTIFICATE OF SERVICE**

I certify that, on this 16th day of January, 2013, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

BUCKLEYSANDLER LLP
Katherine L. Halliday, khalliday@buckleysandler.com
Stephen M. LeBlanc, sleblanc@buckleysandler.com
Matthew P. Previn, mprevin@buckleysandler.com
Robyn C. Quattrone, rquattrone@buckleysandler.com

DEBEVOISE & PLIMPTON LLP
Eric R. Dinallo, edinallo@debevoise.com
Robert D. Goodman, rdgoodman@debevoise.com

GOODWIN PROCTER
David Seth Kantrowitz, dkantrowitz@goodwinprocter.com
Brian M. LaMacchia, blamacchia@goodwinprocter.com
Matthew G. Lindenbaum, mlindenbaum@goodwinprocter.com
David L. Permut, dpermut@goodwinprocter.com

KESSLER TOPAZ MELTZER & CHECK LLP
Peter H. LeVan, Jr., plevan@ktmc.com

MCGUIREWOODS LLP
Steven N. Baker, sbaker@mcguirewoods.com
Bradley R. Kutrow, bkutrow@mcguirewoods.com

NELSON LEVIN DE LUCA & HAMILTON, LLC
David Leonard Brown, dbrown@nldhlaw.com
Brady A. Yntema, byntema@nldhlaw.com

NICHOLS KASTER, PLLP
E. Michelle Drake, drake@nka.com
Sarah W. Steenhoek, ssteenhoek@nka.com

ROBINSON, BRADSHAW & HINSON, P.A.
Nathan C. Chase, Jr., nchase@rbh.com
Robert Evans Harrington, rharrington@rbh.com

WHITFIELD, BRYSON & MASON, LLP
Daniel Kent Bryson, dan@wbmllp.com

                                              s/ Kevin M. O'Brien
                                              Kevin M. O'Brien