IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL NO. 12-cv-00487-MOC-DCK

| | |
|---|---|
| DAVID HOLMES, HERTA THEBERGE, MARGUERITE K. POTTER, and the MARGUERITE K. POTTER REVOCABLE TRUST, individually and on behalf of all persons similarly situated,<br><br>     Plaintiffs,<br>  v.<br><br>BANK OF AMERICA, N.A., in its own capacity and as successor by merger to BAC HOME LOANS SERVICING, L.P., SEATTLE SPECIALTY INSURANCE SERVICES, INC., ILLINOIS UNION INSURANCE COMPANY, and CERTAIN UNDERWRITERS AT LLOYD'S LONDON, including all underwriters who underwrote force-place wind insurance policies for Bank of America, as the insured during the applicable limitations period, and LLOYD'S, UNDERWRITERS AT, LONDON,<br><br>     Defendants. | DECLARATION OF SARAH W. STEENHOEK |

I, Sarah W. Steenhoek, hereby declare the following:

1. I represent Plaintiffs in the above matter.

2. I submit this Declaration in support of Plaintiffs' Response in Opposition to Seattle Specialty Insurance Services, Inc.'s Motion to Dismiss.

3. Attached as **Exhibit 1** is a true and correct copy of the Declaration of John A. Dickson, which was filed in the matter of *Ulbrich v. GMAC Mortgage, LLC*, Case No. 11-cv-62424 (S.D. Fla.).

1

The foregoing statement is made under penalty of perjury and is true and correct to the best of my knowledge and belief.

Dated: January 31, 2013 /s/Sarah W. Steenhoek
Sarah W. Steenhoek