

THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

DAVID HOLMES, et al., )
)
vs. ) Case No. 3:12-CV-487-MOC-DC
)
BANK OF AMERICA, N.A., et al. )

## APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, _____Brady A. Yntema_____, am a member in good standing of the bar of this Court. Pursuant to the admission requirements in Local Rule 83.1B I am moving for the pro hac vice admission the following attorney:

FULL NAME: Miranda Holmes Turner

BUSINESS ADDRESS (include firm name): Debevoise & Plimpton LLP, 919 Third Ave.

-----------------------------------------------------------------------------

CITY: New York   STATE: NY   ZIP: 10022
OFFICE TELEPHONE: ( 212 )   909-6678   FAX NUMBER: ( 212 )   521-7978
E-MAIL ADDRESS (required):
mhturner@debevoise.com

This attorney will be representing:

Illinois Union Insurance Company

We certify that:

- The proposed admittee is not a member of the North Carolina bar and does not maintain any law office in North Carolina.
- The proposed admittee has never had a *pro hac vice* admission or admission in any other bar revoked.
- The proposed admittee is a member in good standing of the bars of either the United States Court in: the Southern District of New York                    , and/or the highest court of the State of New York                                                                 , and/or the District of Columbia Bar.
- The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.
- The proposed admittee has established or will upon his/her *pro hac vice* admission proceed to immediately establish an ECF account with the Western District of N.C.
- The undersigned movant will serve as co-counsel in these proceedings and will attend all hearings with the proposed admittee unless otherwise permitted by the Court.
- **The $276.00 fee for admission *pro hac vice* is being submitted with the filing of this motion.**

Respectfully submitted,

Signature: _[signature]_

Brady A. Yntema
**Printed Name**

Nelson Levine de Luca & Hamilton
**Firm**

800 Green Valley Road, Suite 302
**Street Address**

Greensboro, NC  27408
**City, State, Zip**

(336) 419-4900
**Telephone Number**

(336) 419-4950
**Fax Number**

byntema@nldhlaw.com
**E-Mail Address**