# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

Civil Action No. 3:12-cv-487-MOC-DCK

| | |
|---|---|
| DAVID HOLMES, HERTA S. THEBERGE, MARGUERITE K. POTTER, and the MARGUERITE K. POTTER REVOCABLE TRUST, individually and on behalf of all others similarly situated, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | )<br>)<br>) |
| BANK OF AMERICA, N.A., in its own capacity and as successor by merger to BAC HOME LOANS SERVICING, L.P., SEATTLE SPECIALTY INSURANCE SERVICES, INC., in its own capacity and as successor in interest to COUNTRYWIDE INSURANCE SERVICES, INC., ILLINOIS UNION INSURANCE COMPANY, and CERTAIN UNDERWRITERS AT LLOYD'S LONDON, including all underwriters who underwrote force-placed wind insurance policies for Bank of America, as the insured during the applicable limitations period and LLOYD'S, UNDERWRITERS, AT LONDON | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.1(E), the undersigned, Daina Bray, of the law firm Phelps Dunbar LLP, a member in good standing of the North Carolina Bar and admitted to practice before this Court, does hereby make her appearance in the above-entitled action as attorney for the Defendants named as "Certain Underwriters at Lloyd's, London including all underwriters at Lloyd's London who underwrote force-placed wind insurance policies for Bank of America as the insured during the applicable statute of limitations period" (hereinafter, "Certain Underwriters"), along with Kevin M. O'Brien, who has previously appeared for Certain Underwriters, and requests service copies of all pleadings, notices, papers and other matters filed herein.

Respectfully submitted this 18th day of February, 2013.

          PHELPS DUNBAR LLP

          s/ Daina Bray
          Kevin M. O'Brien
          obrienk@phelps.com
          N.C. State Bar #43373
          Daina Bray
          brayd@phelps.com
          N.C. State Bar #44247
          GlenLake One
          4140 ParkLake Avenue, Suite 100
          Raleigh, North Carolina 27612-3723
          Telephone:   919-789-5300
          Facsimile:    919-789-5301
          *Attorneys for Defendants Named as "Certain Underwriters at Lloyd's, London including all underwriters at Lloyd's London who underwrote force-placed wind insurance policies for Bank of America as the insured during the applicable statute of limitations period"*

# CERTIFICATE OF SERVICE

I certify that, on this 18th day of February, 2013, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

BUCKLEYSANDLER LLP
Katherine L. Halliday, khalliday@buckleysandler.com
Stephen M. LeBlanc, sleblanc@buckleysandler.com
Matthew P. Previn, mprevin@buckleysandler.com
Robyn C. Quattrone, rquattrone@buckleysandler.com

DEBEVOISE & PLIMPTON LLP
Eric R. Dinallo, edinallo@debevoise.com
Robert D. Goodman, rdgoodman@debevoise.com
Miranda Holmes Turner, mhturner@debevoise.com

GOODWIN PROCTER
David Seth Kantrowitz, dkantrowitz@goodwinprocter.com
Brian M. LaMacchia, blamacchia@goodwinprocter.com
Matthew G. Lindenbaum, mlindenbaum@goodwinprocter.com
David L. Permut, dpermut@goodwinprocter.com

KESSLER TOPAZ MELTZER & CHECK LLP
Peter H. LeVan, Jr., plevan@ktmc.com

MCGUIREWOODS LLP
Steven N. Baker, sbaker@mcguirewoods.com
Bradley R. Kutrow, bkutrow@mcguirewoods.com

NELSON LEVIN DE LUCA & HAMILTON, LLC
David Leonard Brown, dbrown@nldhlaw.com
Brady A. Yntema, byntema@nldhlaw.com

NICHOLS KASTER, PLLP
E. Michelle Drake, drake@nka.com
Sarah W. Steenhoek, ssteenhoek@nka.com

ROBINSON, BRADSHAW & HINSON, P.A.
Nathan C. Chase, Jr., nchase@rbh.com
Robert Evans Harrington, rharrington@rbh.com

WHITFIELD, BRYSON & MASON, LLP
Daniel Kent Bryson, dan@wbmllp.com

             s/ Daina Bray
             Daina Bray