IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-487-MOC-DCK

| | |
|---|---|
| DAVID HOLMES, individually and on behalf of a Rule 23 putative class,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., in its own capacity and as successor by merger to BAC Home Loans Servicing, L.P., and ILLINOIS UNION INSURANCE COMPANY, SEATTLE SPECIALTY INSURANCE SERVICES, INC., LLOYD'S UNDERWRITERS AT LONDON, and CERTAIN UNDERWRITERS AT LLOYD'S LONDON,<br><br>Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion For Extension Of Time For Bank Of America To Respond To Plaintiffs' Opposition To Its Motion To Dismiss" (Document No. 103) filed February 19, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Plaintiffs' counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion For Extension Of Time For Bank Of America To Respond To Plaintiffs' Opposition To Its Motion To Dismiss" (Document No. 103) is **GRANTED**. Defendant Bank of America shall have up to and including **February 26, 2013** to file a Reply Memorandum in support of its Motion to Dismiss.

**SO ORDERED**.

Signed: February 20, 2013

David C. Keesler
United States Magistrate Judge