

# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

David Holmes, Herta S. Theberge, et al.   )
                                         )

vs.                                               )       Case No. 3:12-cv-00487
                                         )

Bank of America, N.A., et al.             )

## APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

      I, _____Daniel K. Bryson_____, am a member in good standing of the bar of this Court. Pursuant to the admission requirements in Local Rule 83.1B I am moving for the pro hac vice admission the following attorney:

**FULL NAME:** Shanon J. Carson

**BUSINESS ADDRESS (include firm name):** Berger & Montague, P.C.

1622 Locust Street

**CITY:** Philadelphia    **STATE:** PA    **ZIP:** 19103

**OFFICE TELEPHONE:** ( 215 ) 875-3000    **FAX NUMBER:** ( 215 ) 875-4604

**E-MAIL ADDRESS** (*required*):

scarson@bm.net

This attorney will be representing:

Plaintiffs, Holmes, Theberge and Potter.

We certify that:

- The proposed admittee is not a member of the North Carolina bar and does not maintain any law office in North Carolina.
- The proposed admittee has never had a *pro hac vice* admission or admission in any other bar revoked.
- The proposed admittee is a member in good standing of the bars of either the United States Court in: see attached list                                     , and/or the highest court of the State of Commonwealth of Pennsylvania                        , and/or the District of Columbia Bar.
- The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.
- The proposed admittee has established or will upon his/her *pro hac vice* admission proceed to immediately establish an ECF account with the Western District of N.C.
- The undersigned movant will serve as co-counsel in these proceedings and will attend all hearings with the proposed admittee unless otherwise permitted by the Court.
- **The $276.00 fee for admission *pro hac vice* is being submitted with the filing of this motion.**

Respectfully submitted,

/s/ Daniel K. Bryson
**Signature:**

Daniel K. Bryson
**Printed Name**

Whitfield Bryson & Mason LLP
**Firm**

900 W. Morgan Street
**Street Address**

Raleigh, NC 27603
**City, State, Zip**

(919) 600-5000
**Telephone Number**

(919) 600-5035
**Fax Number**

dan@wbmllp.com
**E-Mail Address**

# SHANON J. CARSON'S COURT ADMISSIONS

| COURTS ADMITTED TO | LOCATION | DATE OF ADMISSION |
|---|---|---|
| Supreme Ct. of PA | Harrisburg, PA | October, 2000 |
| U.S. Court of Fed. Claims | Washington, DC | March, 2009 |
| 3rd Cir. Ct. of Appeals | Richmond, VA | December, 2009 |
| 9th Cir. Ct. of Appeals | San Francisco, CA | September, 2010 |
| U.S.D.C. ED AR | Little Rock, AR | September, 2009 |
| U.S.D.C. ND IL | Chicago, IL | February, 2012 |
| U.S.D.C. Nebraska | Omaha, NE | December, 2008 |
| U.S.D.C. ND NY | Albany, NY | September, 2012 |
| U.S.D.C. WD NY | Buffalo, NY | April, 2012 |
| U.S.D.C. ED PA | Philadelphia, PA | November, 2000 |
| U.S.D.C. WD PA | Pittsburgh, PA | December, 2010 |

# SHANON J. CARSON'S COURT ADMISSIONS

| COURT | YEAR OF ADMISSION | NAME & ADDRESS |
|---|---|---|
| Supreme Court of Pennsylvania | 2000 | Attorney Registration Office<br>Pennsylvania Judicial Center<br>601 Commonwealth Avenue<br>Suite 5600<br>P.O. Box 62625<br>Harrisburg, PA 17106 |
| United States District Court for the Eastern District of Pennsylvania | 2000 | United States District Court<br>for the Eastern District of Pennsylvania<br>601 Market Street – Room 2609<br>Philadelphia, PA 19106-1797 |
| United States District Court for the Western District of Pennsylvania | 2010 | United States District Court<br>for the Western District of Pennsylvania<br>U.S. Courthouse<br>700 Grant Street<br>Pittsburgh, PA 15219 |
| United States District Courts for the Eastern District of Arkansas | 2009 | United States District Court<br>for the Eastern District of Arkansas<br>300 W. Second St.<br>Little Rock, AR 72201 |
| United States District Court for the District of Nebraska | 2008 | United States District Court<br>for the District of Nebraska<br>111 South 18th Plaza<br>Suite 1152<br>Omaha, NE 68102 |
| United States District Court for the Northern District of Illinois | 2012 | United States District Court<br>for the Northern District of Illinois<br>Everett McKinley Dirksen<br>United States Courthouse<br>219 South Dearborn Street<br>Chicago, IL 60604 |
| United States District Court for the Western District of New York | 2012 | United States District Court<br>for the Western District of New York<br>2 Niagra Square<br>Buffalo, NY 14202-3498 |
| United States District Court for the Northern District of New York | 2012 | United States District Court<br>for the Northern District of New York<br>James T. Foley - U.S. Courthouse<br>445 Broadway, Room 509<br>Albany, NY 12207-2924 |

| | | |
|---|---|---|
| United States Court of Federal Claims | 2009 | United States Court of Federal Claims<br>Howard T. Markey National Courts Building<br>717 Madison Place, NW<br>Washington, DC 20005 |
| United States Court of Appeals for the Third Circuit | 2009 | United States Court of Appeals for the Fourth Circuit<br>Lewis F. Powell, Jr. United States Courthouse Annex<br>1100 East Main Street, Suite 501<br>Richmond, Virginia 23219-3517 |
| United States Court of Appeals for the Ninth Circuit | 2010 | United States Court of Appeals for the Ninth Circuit<br>Attention: Attorney Admissions<br>P.O. Box 193939<br>San Francisco, CA 94119-3939 |