

THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

David Holmes, Herta S. Theberge, et al.    )
                                           )
                                           )
vs.                                        )    Case No. 3:12-cv-00487
                                           )
                                           )
Bank of America, N.A., et al.              )

## APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, _____Daniel K. Bryson_____, am a member in good standing of the bar of this Court. Pursuant to the admission requirements in Local Rule 83.1B I am moving for the pro hac vice admission the following attorney:

FULL NAME: Patrick F. Madden

BUSINESS ADDRESS (include firm name): Berger & Montague, P.C.

1622 Locust Street

CITY: _____Philadelphia_____ STATE: _____PA_____ ZIP: ___19103___

OFFICE TELEPHONE: ( 215 )____875-3000____ FAX NUMBER: ( 215 )___875-4604___

E-MAIL ADDRESS (*required*):

pmadden@bm.net

This attorney will be representing:

Plaintiffs, Holmes, Theberge and Potter.

We certify that:

- The proposed admittee is not a member of the North Carolina bar and does not maintain any law office in North Carolina.
- The proposed admittee has never had a *pro hac vice* admission or admission in any other bar revoked.
- The proposed admittee is a member in good standing of the bars of either the United States Court in: Pennsylvania and New Jersey                              , and/or the highest court of the State of Commonwealth of Pennsylvania                      , and/or the District of Columbia Bar.
- The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.
- The proposed admittee has established or will upon his/her *pro hac vice* admission proceed to immediately establish an ECF account with the Western District of N.C.
- The undersigned movant will serve as co-counsel in these proceedings and will attend all hearings with the proposed admittee unless otherwise permitted by the Court.
- **The $276.00 fee for admission *pro hac vice* is being submitted with the filing of this motion.**

Respectfully submitted,

**Signature:** /s/ Daniel K. Bryson

Daniel K. Bryson
**Printed Name**

Whitfield Bryson & Mason LLP
**Firm**

900 W. Morgan Street
**Street Address**

Raleigh, NC 27603
**City, State, Zip**

(919) 600-5000
**Telephone Number**

(919) 600-5035
**Fax Number**

dan@wbmllp.com
**E-Mail Address**

Case 3:12-cv-00487-MOC-DCK   Document 110   Filed 02/27/13   Page 2 of 2