IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-487-MOC-DCK

| | |
|---|---|
| DAVID HOLMES, HERTA S. THEBERGE, and MARGUERITE POTTER, ) ) ) Plaintiffs, ) ) v. ) ) BANK OF AMERICA, N.A., ILLINOIS ) UNION INSURANCE COMPANY, BAC ) HOME LOANS SERVICING, L.P., ) SEATTLE SPECIALTY INSURANCE ) SERVICES, INC., and LLOYD'S LONDON, ) ) Defendants. ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 110) filed by Daniel K. Bryson, concerning Patrick F. Madden on February 27, 2013. Mr. Patrick F. Madden seeks to appear as counsel *pro hac vice* for Plaintiffs Holmes, Theberge and Potter. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the Application For Admssion To Practice *Pro Hac Vice* (Document No. 110) is **GRANTED.** Mr. Patrick F. Madden is hereby admitted *pro hac vice* to represent Plaintiffs Holmes, Theberge and Potter.

Signed: February 27, 2013

David C. Keesler
United States Magistrate Judge