IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-487-MOC-DCK

| | |
|---|---|
| DAVID HOLMES, HERTA S. THEBERGE, and MARGUERITE POTTER, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) **ORDER** ) |
| BANK OF AMERICA, N.A., ILLINOIS UNION INSURANCE COMPANY, BAC HOME LOANS SERVICING, L.P., SEATTLE SPECIALTY INSURANCE SERVICES, INC., and LLOYD'S LONDON, | ) ) ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 113) filed by Daniel K. Bryson, concerning Peter A. Muhic on February 28, 2013. Mr. Peter A. Muhic seeks to appear as counsel *pro hac vice* for Plaintiffs Holmes, Theberge and Potter. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the Application For Admssion To Practice *Pro Hac Vice* (Document No. 113) is **GRANTED.** Mr. Peter a. Muhic is hereby admitted *pro hac vice* to represent Plaintiffs Holmes, Theberge and Potter.

Signed: March 1, 2013

David C. Keesler
United States Magistrate Judge