UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION NO. 3:12-CV-00487-MOC

| | |
|---|---|
| **DAVID HOLMES, HERTA S. THEBERGE, MARGUERITE K. POTTER, AND THE MARGUERITE K. POTTER REVOCABLE TRUST**, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**BANK OF AMERICA, N.A.**, in its own capacity and as successor by merger to BAC HOME LOANS SERVICING, LP; **SEATTLE SPECIALTY INSURANCE SERVICES, INC.**, in its own capacity and as successor in interest to COUNTRYWIDE INSURANCE SERVICES, INC., **ILLINOIS UNION INSURANCE COMPANY, AND CERTAIN UNDERWRITERS AT LLOYD'S, LONDON**, including all underwriters who underwrote force-placed wind insurance policies for Bank of America, as the insured during the applicable limitations period and **LLOYD'S, UNDERWRITERS AT, LONDON**,<br><br>Defendants. | **CONSENT MOTION TO WITHDRAW AS COUNSEL OF RECORD** |

Stephen LeBlanc of the law firm BuckleySandler LLP, pursuant to Rule 83.1(F) of the Local Rules of Practice and Procedure of the United States District Court for the Western District of North Carolina, hereby moves the Court for an Order allowing the undersigned counsel to withdraw as counsel of record for Defendant Seattle Specialty Insurance Services, Inc. ("SSIS")  In support of this motion, the undersigned counsel shows the following:

1. Robert E. Harrington and Nathan C. Chase, Jr. of the firm Robinson, Bradshaw & Hinson, P.A. serve as local counsel in this matter and will continue to represent the Defendant SSIS in this matter following the withdrawal of undersigned counsel.

2. Robyn C. Quattrone and Katherine L. Halliday of BuckleySandler LLP serve as lead counsel in this matter and will continue to represent the Defendant SSIS in this matter following the withdrawal of undersigned counsel.

3. Undersigned counsel's time will be devoted to other matters and they need to withdraw as counsel of record.

4. Defendant Seattle Specialty Insurance Services, Inc. was consulted and consented to the undersigned counsels' withdrawal as counsel of record in this matter.

5. Plaintiffs' counsel has been consulted and has indicated that it does not oppose the motion.

WHEREFORE, Steven LeBlanc respectfully requests that this Consent Motion to Withdraw as Counsel of Record be granted and that he be fully discharged from representation of Defendant SSIS in this matter.

This 12th day of March, 2013.

    s/ Stephen M. LeBlanc
Stephen M. Leblanc
Admitted *Pro Hac Vice*
**BuckleySandler LLP**
1250 24th Street NW, Suite 700
Washington, DC 20037
Tel.: 202.349.8000
Fax: 202.349.8080
Email: sleblanc@buckleysandler.com

# CERTIFICATE OF SERVICE

I certify that a true and correct copy of this document was electronically filed today with the Clerk of the Court by using the CM/ECF System, which will electronically notify the following counsel of record:

E. Michelle Drake
drake@nka.com
Sarah W. Steenhoek
ssteenhoek@nka.com
**Nichols Kaster, PLLP**
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870

Peter H. LeVan , Jr.
plevan@ktmc.com
**Kessler Topaz Meltzer & Check LLP**
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056


Daniel Kent Bryson
dan@wbmllp.com
**Whitfield, Bryson & Mason, LLP**
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Facsimile: (919) 600-5035

*Counsel for Plaintiffs*

**Bradley R. Kutrow**
bkutrow@mcguirewoods.com
**Helms, Mulliss & Wicker, PLLC**
201 N. Tryon Street
P. O. Box 31247
Charlotte, NC 28231
Telephone: (704) 343-2049
Fax: (704) 343-2300

Brian M. LaMacchia
blamacchia@goodwinprocter.com
David Seth Kantrowitz
dkantrowitz@goodwinprocter.com
Matthew G Lindenbaum
mlindenbaum@goodwinprocter.com
**Goodwin Procter**
53 State Street
Boston, MA 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231

**David L. Permut**
dpermut@goodwinprocter.com
**Goodwin Procter LLP**
901 New York Avenue, NW
Washington, DC 20001
Telephone: (202) 346-4000
Facsimile: (202) 346-4444

**Steven N. Baker**
sbaker@mcguirewoods.com
**McGuirewoods LLP**
201 N. Tryon Street, Suite 3000
Charlotte, NC 28202
Telephone: (704) 343-2262
Facsimile: (704) 353-6172

*Counsel for Defendant Bank of America, N.A.*

| | |
|---|---|
| David Leonard Brown<br>dbrown@nldhlaw.com<br>Brady A. Yntema<br>byntema@nldhlaw.com<br>**Nelson Levin de Luca & Hamilton, LLC**<br>800 Green Valley Road, Suite 302<br>Greensboro, NC 27408<br>Telephone: (336) 419-4900<br>Facsimile: (336) 419-4950 | Kevin Michael O'Brien<br>obrienk@phelps.com<br>**Phelps Dunbar LLP**<br>Glen Lake One<br>4140 ParkLake Ave<br>Suite 100<br>Raleigh, NC 27612<br>Telephone: (919) 789-5300<br>Facsimile: (919) 789-5301 |
| Eric R. Dinallo<br>edinallo@debevoise.com<br>Robert D. Goodman<br>rdgoodman@debevoise.com<br>**Debevoise & Plimpton LLP**<br>919 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 909-6000<br>Facsimile: (212) 521-7544 | *Counsel for Defendant Lloyd's London Certain Underwriters* |

*Counsel for Defendant Illinois Union Insurance Co.*

I certify that a true and correct copy of this document was sent today via First Class Mail to:

James P. Novak
210 Interstate North Parkway, Suite 400
Atlanta, Georgia 30339
*General Counsel.*

This 12th day of March, 2013

                                                  s/ Stephen LeBlanc__
                                                  Stephen LeBlanc