# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:12-CV-487-MOC-DCK

| | | |
|---|---|---|
| **DAVID HOLMES, individually and on behalf of a Rule 23 putative class,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **BANK OF AMERICA, N.A., in its own capacity and as successor by merger to BAC Home Loans Servicing, L.P., and ILLINOIS UNION INSURANCE COMPANY, SEATTLE SPECIALTY INSURANCE SERVICES, INC., LLOYD'S UNDERWRITERS AT LONDON, and CERTAIN UNDERWRITERS AT LLOYD'S LONDON,** | ) ) ) ) ) ) ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Consent Motion To Withdraw As Counsel Of Record" (Document No. 121) filed March 12, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting consent of Defendant Seattle and Plaintiff's counsel, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Consent Motion To Withdraw As Counsel Of Record" (Document No. 121) is **GRANTED**.

**IT IS FURTHER ORDERED** that Steven LeBlanc is hereby withdrawn and fully discharged from representation of Defendant Seattle Specialty Insurance Services, Inc.

**SO ORDERED**.

Signed: March 13, 2013

David C. Keesler
United States Magistrate Judge