IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. 12-cv-00487-MOC-DCK

| | |
|---|---|
| DAVID HOLMES, HERTA S. THEBERGE, MARGUERITE K. POTTER, and the MARGUERITE K. POTTER REVOCABLE TRUST, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A., in its own capacity and as successor by merger to BAC Home Loans Servicing, L.P., SEATTLE SPECIALTY INSURANCE SERVICES, INC., in its own capacity and as successor in interest to COUNTRYWIDE INSURANCE SERVICES, INC., ILLINOIS UNION INSURANCE COMPANY, and CERTAIN UNDERWRITERS AT LLOYD'S LONDON, including all underwriters who underwrote force-placed wind insurance policies for Bank of America, as the insured during the applicable limitations period and LLOYD'S UNDERWRITERS AT, LONDON, <br><br> Defendants. | |

**PLAINTIFFS' NOTICE OF RECENT SUPPLEMENTAL AUTHORITY**

Plaintiffs David Holmes, Herta S. Theberge, Marguerite K. Potter, and the Marguerite K. Potter Revocable Trust submit this Notice of Recent Supplemental Authority[1] to bring to the Court's attention two new decisions:

- *Martorella v. Deutsche Bank National Trust Company*, No. 12-80372-CIV-MARRA (S.D. Fla. March 18, 2013) (applying Florida law in denying motion to dismiss and sustaining claims, including claims for breach of the covenant of good faith and fair dealing and unjust enrichment, arising out of force-placed insurance practices) (attached hereto as Exhibit 1)

- *Karp v. Bank of Am., N.A.*, No. 8:12-cv-1700-T-17MAP (M.D. Fla. March 18, 2013 (applying Florida law in upholding breach of contract and breach of the implied covenant of good faith and fair dealing claims, but dismissing claim for unjust enrichment against the bank only based on plaintiff's admission that the mortgage agreement controlled the conduct at issue) (attached hereto as Exhibit 2)

Respectfully submitted,

Dated: March 19, 2013

/s/ Sarah W. Steenhoek
**NICHOLS KASTER, PLLP**
E. Michelle Drake, MN Bar No. 0387366*
Sarah W. Steenhoek, MN Bar No. 0390258*
  *admitted *pro hac vice*
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 215-6870
E-mail: drake@nka.com

---

[1] *See Sisk v. Abbott Laboratories*, No. 1:11CV159, 2012 WL 1164559, at *1 (W.D.N.C. Apr. 9, 2012) ("a notice of supplemental authority [is] commonly used in the federal court system to alert the Court to a decision another court issued after the close of the briefing period").

ssteenhoek@nka.com

**BERGER & MONTAGUE, P.C.**
Shanon J. Carson*
Patrick F. Madden*
Lawrence Deutsch**
Robin Switzenbaum**
 *admitted *pro hac vice*
 **pro hac vice* applications forthcoming
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-4656
Fax: (215) 875-4604
Email: scarson@bm.net
   pmadden@bm.net
   ldeutsch@bm.net
   rswitzenbaum@bm.net

**TAUS, CEBULASH & LANDAU, LLP**
Brett Cebulash**
Kevin S. Landau**
 **pro hac vice* applications forthcoming
80 Maiden Lane, Suite 1204
New York, NY 10038
Telephone: (212) 931-0704
Fax: (212) 931-0703
Email: bcebulash@tcllaw.com
   klandau@tcllaw.com

**STOLL STOLL BERNE LOKTING & SHLACHTER P.C.**
Scott A. Shorr**
Tim S. DeJong**
 **pro hac vice* applications forthcoming
209 S.W. Oak Street, Fifth Floor
Portland, Oregon 97204
Telephone: (503) 227-1600
Fax: (503) 227-6840
Email: sshorr@stollberne.com
   tdejong@stollberne.com

**WHITEFIELD BRYSON & MASON, LLP**
Daniel K. Bryson, NC Bar No. 15781
Karl Amelchenko, NC Bar No. 43387
900 W. Morgan Street
Raleigh, NC 27603

3

Telephone: (919) 600-5000
Fax: (919) 600-5035
Email:   dan@wbmllp.com
         karl@wbmllp.com

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Peter A. Muhic*
Edward W. Ciolko**
Donna Siegel Moffa**
Amanda Trask**
    *admitted *pro hac vice*
    **pro hac vice* applications forthcoming
280 King of Prussia Road
Radnor, PA   19087
Telephone:  (610) 667-7706
Fax: (610) 667-7056
E-mail:  pmuhic@ktmc.com
         eciolko@ktmc.com
         dmoffa@ktmc.com
         atrask@ktmc.com

**GROSSMAN ROTH, P.A.**
Seth E. Miles**
    ** *pro hac vice* application forthcoming
2525 Ponce de Leon Blvd., Suite 1150
Coral Gables, FL 33134
Telephone: (888) 296-1681
Fax: (305) 285-1668
Email:  SEM@grossmanroth.com

**SHAPIRO HABER & URMY LLP**
Edward F. Haber**
Adam S. Stewart**
    ** *pro hac vice* applications forthcoming
53 State Street
Boston, MA 02109
Telephone: (617) 439-3939
Fax: (617) 439-0134
Email:  ehaber@shulaw.com
        astewart@shulaw.com

**ATTORNEYS FOR PLAINTIFFS
AND THE  CLASSES**

4

## CERTIFICATE OF SERVICE

I, Sarah W. Steenhoek, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 19, 2013.

Dated: March 19, 2013                              /s/ Sarah W. Steenhoek