IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 12-cv-00487-MOC-DCK

| | |
|---|---|
| DAVID HOLMES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, et al. <br><br> Defendants. | **NOTICE OF WITHDRAWAL OF APPEARANCE OF PETER H. LEVAN, JR.** |

PLEASE TAKE NOTICE THAT Peter H. LeVan, Jr. is no longer associated with Kessler Topaz Meltzer & Check, LLP, and the undersigned hereby moves for Mr. LeVan's withdrawal as counsel for plaintiffs in the above-captioned action. The law firm of Kessler Topaz Meltzer & Check, LLP continues to serve as counsel for plaintiffs and all future correspondence and papers in this action should continue to be directed to the undersigned.

Dated: April 18, 2013

Respectfully submitted:

**s/Daniel K. Bryson**

Daniel K. Bryson, N.C. State Bar #15781
Karl J. Amelchenko, N.C. State Bar #43387
Attorneys for Plaintiffs
Whitfield Bryson & Mason, LLP
900 West Morgan Street
Raleigh, North Carolina 27603
Phone: (919) 600-5000
Fax: (919) 600-5035
Dan@wbmllp.com
Karl@wbmllp.com

**s/ Peter A. Muhic**

Peter A. Muhic
Attorneys for Plaintiffs
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056
PMuhic@ktmc.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with the Clerk of Court this 18th day of April 2013, by using the CM/ECF system which will send notice of electronic filing to all parties of record.

**s/Daniel K. Bryson**

Daniel K. Bryson, N.C. State Bar #15781
Karl J. Amelchenko, N.C. State Bar #43387
Attorneys for Plaintiffs
Whitfield Bryson & Mason, LLP
900 West Morgan Street
Raleigh, North Carolina 27603
Phone: (919) 600-5000
Fax:    (919) 600-5035
Dan@wbmllp.com
Karl@wbmllp.com

3

Case 3:12-cv-00487-MOC-DSC   Document 127   Filed 04/18/13   Page 3 of 3