IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. 12-cv-00487-MOC-DCK

DAVID HOLMES, HERTA S. THEBERGE,
MARGUERITE K. POTTER, and the
MARGUERITE K. POTTER REVOCABLE
TRUST, individually and on behalf of all
others similarly situated,

               Plaintiffs,

v.

BANK OF AMERICA, N.A., in its own
capacity and as successor by merger to BAC
Home Loans Servicing, L.P., SEATTLE
SPECIALTY INSURANCE SERVICES,
INC., in its own capacity and as successor in
interest to COUNTRYWIDE INSURANCE
SERVICES, INC., ILLINOIS UNION
INSURANCE COMPANY, and CERTAIN
UNDERWRITERS AT LLOYD'S LONDON,
including all underwriters who underwrote
force-placed wind insurance policies for Bank
of America, as the insured during the
applicable limitations period and LLOYD'S
UNDERWRITERS AT, LONDON,

               Defendants.

## PLAINTIFFS' CONSENT MOTION TO WITHDRAW SARAH W. STEENHOEK AS COUNSEL

Sarah W. Steenhoek of the law firm Nichols Kaster, PLLP, pursuant to Rule 83.1(F) of the Local Rules of Practice and Procedure of the United States District Court for the Western District of North Carolina, hereby moves the Court for an Order allowing the undersigned counsel to withdraw as counsel of record for Plaintiffs. In support of this motion, the undersigned states the following:

1.      All other counsel of record, including E. Michelle Drake of Nichols Kaster, PLLP, will continue to represent Plaintiffs in this matter.

2.      The undersigned is leaving the firm of Nichols Kaster, PLLP, effective May 3, 2013, and thus needs to withdraw from this matter.

3.      Plaintiffs have been informed of the undersigned's withdrawal.

4.      Defendants' counsel have also been informed and do not oppose the motion.

WHEREFORE, Sarah W. Steenhoek respectfully requests that this Consent Motion to Withdraw as Counsel be granted and that she be withdrawn as counsel of record in this matter.

Respectfully submitted,

Dated:  05/02/2013                      /s/Sarah W. Steenhoek_____
                                        **NICHOLS KASTER, PLLP**
                                        Sarah W. Steenhoek, MN Bar No. 0390258*
                                            *admitted *pro hac vice*
                                        4600 IDS Center
                                        80 South 8th Street
                                        Minneapolis, MN 55402
                                        Telephone: (612) 256-3200
                                        Fax: (612) 215-6870
                                        E-mail:  ssteenhoek@nka.com

1

## <u>CERTIFICATE OF SERVICE</u>

I, Sarah W. Steenhoek, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 2, 2013.

Dated:       05/02/2013                     /s/ Sarah W. Steenhoek