IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 12-cv-00487-MOC-DSC

| | |
|---|---|
| DAVID HOLMES, HERTA S. THEBERGE, MARGUERITE K. POTTER, and the MARGUERITE K. POTTER REVOCABLE TRUST, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., in its own capacity and as successor by merger to BAC Home Loans Servicing, L.P., SEATTLE SPECIALTY INSURANCE SERVICES, INC., in its own capacity and as successor in interest to COUNTRYWIDE INSURANCE SERVICES, INC., ILLINOIS UNION INSURANCE COMPANY, and CERTAIN UNDERWRITERS AT LLOYD'S LONDON, including all underwriters who underwrote force-placed wind insurance policies for Bank of America, as the insured during the applicable limitations period and LLOYD'S UNDERWRITERS AT, LONDON,<br><br>Defendants. | ORDER |

This matter is before the Court on Plaintiffs' Consent Motion to Withdraw Sarah W. Steenhoek as counsel. Having carefully considered the Motion, and for good cause shown, the Motion is **GRANTED**.

It is hereby **ORDERED** that Sarah W. Steenhoek is withdrawn as counsel of record for Plaintiffs in this matter.

**SO ORDERED**.

Signed: May 2, 2013

David S. Cayer
United States Magistrate Judge