IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 12-cv-00487-MOC-DSC

| | |
|---|---|
| DAVID HOLMES, HERTA S. THEBERGE, MARGUERITE K. POTTER, and the MARGUERITE K. POTTER REVOCABLE TRUST, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., in its own capacity and as successor by merger to BAC Home Loans Servicing, L.P., SEATTLE SPECIALTY INSURANCE SERVICES, INC., in its own capacity and as successor in interest to COUNTRYWIDE INSURANCE SERVICES, INC., ILLINOIS UNION INSURANCE COMPANY, and CERTAIN UNDERWRITERS AT LLOYD'S LONDON, including all underwriters who underwrote force-placed wind insurance policies for Bank of America, as the insured during the applicable limitations period and LLOYD'S UNDERWRITERS AT, LONDON,<br><br>          Defendants. | **ORDER** |

      **THIS MATTER** is before the Court on the "Application[s] for Admission to Practice Pro Hac Vice [for Donna Siegel Moffa, Seth E. Miles, Adam M. Stewart, Amanda Trask, Brett Cebulash and Edward W. Ciolko]" (documents ## 137-42) filed May 20, 2013. For the reasons set forth therein, the Motions will be <u>granted</u>.

      The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

      **SO ORDERED**.

Signed: May 20, 2013

David S. Cayer
United States Magistrate Judge