

# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

David Holmes, Herta S. Theberg, et al.    )
                                          )
vs.                                       )    Case No. 3:12-cv-00487
                                          )
                                          )
Bank of America, N.A., et al.             )

## APPLICATION FOR ADMISSION TO PRACTICE PRO HAC VICE

I, _____Daniel K. Bryson_____, am a member in good standing of the bar of this Court. Pursuant to the admission requirements in Local Rule 83.1B I am moving for the pro hac vice admission the following attorney:

**FULL NAME:** Lawrence Deutsch

**BUSINESS ADDRESS (include firm name):** Berger & Montague, P.C.
1622 Locust Street

**CITY:** Philadelphia    **STATE:** Pennsylvania    **ZIP:** 19103

**OFFICE TELEPHONE:** ( 215 ) 875-3062    **FAX NUMBER:** ( 215 ) 875-4604

**E-MAIL ADDRESS** (*required*):

ldeutsch@bm.net

This attorney will be representing:

Plaintiffs, Holmes, Theberg and Potter.

We certify that:

- The proposed admittee is not a member of the North Carolina bar and does not maintain any law office in North Carolina.
- The proposed admittee has never had a *pro hac vice* admission or admission in any other bar revoked.
- The proposed admittee is a member in good standing of the bars of either the United States Court in: SEE ATTACHED LIST
 and/or the highest court of the State of Commonwealth of Pennsylvania, and/or the District of Columbia Bar.
- The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.
- The proposed admittee has established or will upon his/her *pro hac vice* admission proceed to immediately establish an ECF account with the Western District of N.C.
- The undersigned movant will serve as co-counsel in these proceedings and will attend all hearings with the proposed admittee unless otherwise permitted by the Court.
- **The $276.00 fee for admission *pro hac vice* is being submitted with the filing of this motion.**

Respectfully submitted,

**Signature:** _/s/ Dan Bryson_

Daniel K. Bryson
**Printed Name**

Whitfield Bryson & Mason LLP
**Firm**

900 W. Morgan Street
**Street Address**

Raleigh, NC 27603
**City, State, Zip**

(919) 600-5000
**Telephone Number**

(919) 600-5035
**Fax Number**

dan@wbmllp.com
**E-Mail Address**

## LAWRENCE DEUTSCH COURT ADMISSIONS

| COURT | DATE ADMITTED |
|---|---|
| Supreme Court of PA, | Active May 8, 1986 (ID #45653) |
| Supreme Court of New Jersey, | Active June 1, 1987 (ID #034971986) |
| USDC Eastern District of PA, | Active July 29, 1987 |
| U.S. Court of Appeals 1st Cir., | Active August 6, 2001 (ID #78904) |
| U.S. Court of Appeals 2nd Cir. | Active March 27, 2001 |
| U.S. Court of Appeals 3rd Cir. | Active February 4, 1992 |
| U.S. Court of Appeals 4th Cir., | Active July 28, 2009 |
| U.S. Court of Federal Claims, | Active December 6, 1996 |