IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:12-cv-487-MOC-DCK

| | | |
|---|---|---|
| DAVID HOLMES, individually and on behalf of a Rule 23 putative class, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | **ORDER GRANTING CONSENT MOTION TO WITHDRAW DAINA BRAY AS COUNSEL** |
| BANK OF AMERICA, N.A., in its own capacity and as successor by merger to BAC Home Loans Servicing, L.P., and ILLINOIS UNION INSURANCE COMPANY, SEATTLE SPECIALTY INSURANCE SERVICES, INC., LLOYD'S UNDERWRITERS AT LONDON, and CERTAIN UNDERWRITERS AT LLOYD'S LONDON, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the Court on "Defendants Certain Underwriters' Consent Motion to Withdraw Daina Bray as Counsel" filed on behalf of the Defendants named as "Certain Underwriters at Lloyd's, London including all underwriters at Lloyd's London who underwrote force-placed wind insurance policies for Bank of America as the insured during the applicable statute of limitations period" (hereinafter, "Underwriters"). Having carefully considered the Motion, and for good cause shown, the Motion is **GRANTED**.

It is hereby **ORDERED** that Daina Bray is withdrawn as counsel for Underwriters in this matter.

1

**SO ORDERED.**

Signed: December 10, 2013

David S. Cayer
United States Magistrate Judge