IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. 12-cv-00487-MOC-DSC

| | |
|---|---|
| DAVID HOLMES, HERTA S. THEBERGE, MARGUERITE K. POTTER, and the MARGUERITE K. POTTER REVOCABLE TRUST, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., in its own capacity and as successor by merger to BAC Home Loans Servicing, L.P., SEATTLE SPECIALTY INSURANCE SERVICES, INC., in its own capacity and as successor in interest to COUNTRYWIDE INSURANCE SERVICES, INC., ILLINOIS UNION INSURANCE COMPANY, and CERTAIN UNDERWRITERS AT LLOYD'S LONDON, including all underwriters who underwrote force-placed wind insurance policies for Bank of America, as the insured during the applicable limitations period and LLOYD'S UNDERWRITERS AT LONDON,<br><br>    Defendants. | |

## JOINT MOTION FOR EXTENSION OF CASE DEADLINES

Plaintiffs David Holmes, Herta Theberge, Marguerite K. Potter and the Marguerite K. Potter Revocable Trust, ("Plaintiffs") and Defendants Bank of America, N.A., Seattle Specialty Insurance Services, Inc., Illinois Union Insurance Co., and the Defendants named as "Certain Underwriters at Lloyd's, London including all underwriters at Lloyd's London who underwrote force-placed wind insurance policies for Bank of America as the insured during the applicable statute of limitations period" ("Defendants") (collectively, the "Parties") hereby jointly move the

1

Court for an order extending the current deadlines in this action as set out in the chart below. In support of this Motion, the Parties state that they require additional time to conduct discovery in this matter in preparation for class certification and seek to extend the current deadlines in this case accordingly as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Class Certification Motion | February 28, 2014 | June 26, 2014 |
| Defendants' Response to Class Certification | April 15, 2014 | August 7, 2014 |
| Plaintiffs' Reply | May 15, 2014 | September 4, 2014 |
| Fact Discovery Completion | March 31, 2014 | October 3, 2014 |
| Expert Reports (Plaintiffs) | February 28, 2014 | June 26, 2014 |
| Expert Reports (Defendants) | April 15, 2014 | August 7, 2014 |
| Expert Discovery Completion | April 30, 2014 | August 14, 2014 |
| Mediation | May 30, 2014 | March 31, 2014 |
| Dispositive Motions | June 30, 2014 | October 30, 2014 |
| Trial | October 6, 2014 | February 2, 2015 |

Respectfully submitted,

Dated: January 22, 2014

/s/Joseph C. Hashmall
**NICHOLS KASTER, PLLP**
E. Michelle Drake, MN Bar No. 0387366*
Joseph C. Hashmall, MN Bar No. 0392610*
   *admitted *pro hac vice*
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 215-6870
E-mail: drake@nka.com
      jhashmall@nka.com

**BERGER & MONTAGUE, P.C**.
Shanon J. Carson*
Patrick F. Madden*
Lawrence Deutsch*
   *admitted *pro hac vice*
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-4656

2

Fax: (215) 875-4604
Email: scarson@bm.net
pmadden@bm.net
ldeutsch@bm.net

**TAUS, CEBULASH & LANDAU, LLP**
Brett Cebulash*
*admitted *pro hac vice*
80 Maiden Lane, Suite 1204
New York, NY 10038
Telephone: (212) 931-0704
Fax: (212) 931-0703
Email: bcebulash@tcllaw.com

**STOLL STOLL BERNE LOKTING & SHLACHTER P.C.**
Scott A. Shorr**
Tim S. DeJong**
***pro hac vice* applications forthcoming
209 S.W. Oak Street, Fifth Floor
Portland, Oregon 97204
Telephone: (503) 227-1600
Fax: (503) 227-6840
Email: sshorr@stollberne.com
tdejong@stollberne.com

**WHITEFIELD BRYSON & MASON, LLP**
Daniel K. Bryson, NC Bar No. 15781
Karl Amelchenko, NC Bar No. 43387
900 W. Morgan Street
Raleigh, NC 27603
Telephone: (919) 600-5000
Fax: (919) 600-5035
Email: dan@wbmllp.com
karl@wbmllp.com

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Peter A. Muhic*
Edward W. Ciolko*
Donna Siegel Moffa*
Amanda Trask*
*admitted *pro hac vice*
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Fax: (610) 667-7056

3

E-mail: pmuhic@ktmc.com
   eciolko@ktmc.com
   dmoffa@ktmc.com
   atrask@ktmc.com

**GROSSMAN ROTH, P.A.**
Seth E. Miles*
   *admitted *pro hac vice*
2525 Ponce de Leon Blvd., Suite 1150
Coral Gables, FL 33134
Telephone: (888) 296-1681
Fax: (305) 285-1668
Email: SEM@grossmanroth.com

**SHAPIRO HABER & URMY LLP**
Adam M. Stewart*
   *admitted *pro hac vice*
53 State Street
Boston, MA 02109
Telephone: (617) 439-3939
Fax: (617) 439-0134
Email: astewart@shulaw.com

*Attorneys for Plaintiffs and the Putative Classes*

Dated: January 22, 2014         /s/Brady A. Yntema_____
David L. Brown, N.C. Bar No. 18942
Brady A. Yntema, N.C. Bar No. 25771
David G. Harris II, N.C. Bar No. 35327
**NELSON LEVINE DE LUCAS & HAMILTON, LLC**
800 Green Valley Rd, Suite 302
Greensboro, NC 27408
Telephone: 336.419.4900
Fax: 336.419.4950
Email: dbrown@nldhlaw.com
   byntema@nldhlaw.com
   dharris@nldhlaw.com

**DEBEVOISE & PLIMPTON, LLP**
Eric R. Dinallo (*pro hac vice*)
Robert D. Goodman (*pro hac vice*)
Miranda H. Turner (*pro hac vice*)
919 Third Avenue
New York, NY 10022

4

Telephone: 212.909.6000
Fax: 212.909.6836
Email: edinallo@debevoise.com
rdgoodman@debevoise.com
mhturner@debevoise.com

*Attorneys for Defendant Illinois Union Insurance Company*

Dated: January 22, 2014 /s/Brian LaMacchia
David L. Permut (*pro hac vice*)
**GOODWIN PROCTER LLP**
901 New York Ave, NW
Washington, D.C. 20001
Telephone: 202-346-4182
Fax: 202-346-4444
Email: dpermut@goodwinprocter.com

**GOODWIN PROCTER, LLP**
Matthew G. Lindenbaum (*pro hac vice*)
Brian M. LaMacchia (*pro hac vice*)
David S. Kantrowitz (*pro hac vice*)
Exchange Place
Boston, MA 02109
Telephone: 617-570-8318
Fax: 617-523-1231
Email: mlindenbaum@goodwinprocter.com
blamacchia@goodwinprocter.com
dkantrowitz@goodwinprocter.com

**McGUIRE WOODS LLP**
Bradley R. Kutrow, NC Bar No. 13851
Brian A. Kahn, NC Bar No. 29291
Steven N. Baker, NC Bar No. 36607
201 N. Tryon St, Suite 3000
Charlotte, NC 28202
Telephone: 704-343-2262
Fax: 704-353-6172
Email: bkutrow@mcguirewoods.com
bkahn@mcguirewoods.com
sbaker@mcguirewoods.com

*Attorneys for Defendant Bank of America, N.A. for itself and as successor by merger to BAC Home Loans Servicing, L.P.*

5

| | |
|---|---|
| Dated: January 22, 2014 | /s/Andrew R. Louis_____<br>Robert E. Harrington, NC Bar No. 26967<br>Nathan C. Chase, Jr., NC Bar No. 39314<br>ROBINSON BRADSHAW & HINSON, P.A.<br>101 North Tryon St, Suite 1900<br>Charlotte, NC 28246<br>Telephone: 704-377-2536<br>Fax: 704-378-4000<br>Email: rharrington@rbh.com<br>            nchase@rbh.com<br><br>**BUCKLEY SANDLER LLP**<br>Robyn C. Quattrone<br>Andrew R. Louis<br>Katherine Halliday<br>1250 24th St NW, Suite 700<br>Washington, D.C. 20037<br>Telephone: 202-349-8000<br>Fax: 202-349-8080<br>Email: rquattrone@buckleysandler.com<br>            alouis@buckleysandler.com<br>            khalliday@buckleysandler.com<br><br>*Attorneys for Defendant Seattle Specialty Insurance Services, Inc.* |
| Dated: January 22, 2014 | /s/Kevin M. O'Brien_____<br>Kevin M. O'Brien, NC Bar No. 43373<br>PHELPS DUNBAR LLP<br>GlenLake One<br>4140 ParkLake Ave, Suite 100<br>Raleigh, NC 27612<br>Telephone: 919-789-5300<br>Fax: 919-789-5301<br>Email: obrienk@phelps.com<br><br>*Attorneys for Defendants Named as "Certain Underwriters at Lloyd's, London including all underwriters at Lloyd's London who underwrote force-placed wind insurance policies for Bank of America as the insured during the applicable statute of limitations period"* |

6

**CERTIFICATE OF SERVICE**

   I, Joseph C. Hashmall, certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 22, 2014.


Dated: January 22, 2014         /s/Joseph C. Hashmall
                     Joseph C. Hashmall