# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:12-CV-00487-MOC-DSC

| | |
|---|---|
| **DAVID HOLMES, et al.,** | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| **BANK OF AMERICA, N.A., et al.,** | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on the "Joint Motion for Extension of Case Deadlines" (document # 162) filed January 22, 2014. For the reasons set forth therein, the Motion will be <u>granted</u>. The parties are cautioned that the Court will not allow any further enlargements of time in this case.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: 1/23/2014

David S. Cayer
United States Magistrate Judge