IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-00487-MOC-DSC

| | |
|---|---|
| DAVID HOLMES, et al., )<br>)<br>Plaintiffs, )<br>) | **ORDER** |
| v. )<br>) | |
| BANK OF AMERICA, N.A., et al., )<br>) | |
| Defendants. ) | |

**THIS MATTER** is before the Court, sua sponte, regarding the Court's January 23, 2014 Order (document #163) on the parties' "Joint Motion for Extension of Case Deadlines" (document # 162). The trial date in the Court's Order was incorrect based on District Judge Max O. Cogburn, Jr.'s civil trial calendar. Consequently, the trial date is set for the first day of Judge Cogburn's civil trial term beginning on February 17, 2015.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.

Signed: 1/24/2014

David S. Cayer
United States Magistrate Judge