# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:12-CV-00487-MOC-DSC

| | |
|---|---|
| DAVID HOLMES, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BANK OF AMERICA, N.A., et al., )<br>)<br>Defendants. ) | **ORDER** |

**THIS MATTER** is before the Court on the "Joint Notice of Class-Wide Settlement Relating to Force-Placed Wind Insurance Claims and Motion to Vacate Existing Case Deadlines" (document # 166) filed June 16, 2014. For the reasons set forth therein, the Motion will be <u>granted</u>. Once the Parties finalize a comprehensive Settlement Agreement, Plaintiffs shall file a motion for preliminary approval of the settlement. If preliminary approval is granted, the Court will set a date and time for the final approval hearing. It is further ORDERED that if the parties have not finalized a comprehensive Settlement Agreement with the Court by August 16, 2014, the parties will file a joint status report either proposing new case deadlines or asking the Court for a modest extension of time to allow for completion of the settlement process.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Max O. Cogburn, Jr..

**SO ORDERED**.   Signed: June 17, 2014

David S. Cayer
United States Magistrate Judge