IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. 12-cv-00487-MOC-DSC

DAVID HOLMES, HERTA S. THEBERGE, MARGUERITE K. POTTER, and the MARGUERITE K. POTTER REVOCABLE TRUST, individually and on behalf of all others similarly situated,

          Plaintiffs,

v.

BANK OF AMERICA, N.A., in its own capacity and as successor by merger to BAC Home Loans Servicing, L.P., SEATTLE SPECIALTY INSURANCE SERVICES, INC., in its own capacity and as successor in interest to COUNTRYWIDE INSURANCE SERVICES, INC., ILLINOIS UNION INSURANCE COMPANY, and CERTAIN UNDERWRITERS AT LLOYD'S LONDON, including all underwriters who underwrote force-placed wind insurance policies for Bank of America, as the insured during the applicable limitations period and LLOYD'S UNDERWRITERS AT LONDON,

          Defendants.

**ORDER**

This matter is before the Court on the Parties' Joint Motion for an Order Rescheduling Final Approval Hearing. Having carefully considered the Motion, and for good cause shown, the Motion is **GRANTED**.

It is hereby **ORDERED** that the Court will conduct a Final Approval Hearing on January 14, 2015, at 11:00 a.m.

Signed: September 22, 2014

Max O. Cogburn Jr.
United States District Judge