UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00487-MOC-DSC

| | |
|---|---|
| DAVID HOLMES, HERTA S. THEBERGE, MARGUERITE K. POTTER, and the MARGUERITE K. POTTER REVOCABLE TRUST, individually and on behalf of all others similarly situated, <br><br>      Plaintiffs, <br><br> Vs. <br><br> BANK OF AMERICA, N.A., in its own capacity and as successor by merger to BAC Home Loans Servicing, L.P., SEATTLE SPECIALTY INSURANCE SERVICES, INC., in its own capacity and as successor in interest to COUNTRYWIDE INSURANCE SERVICES, INC., ILLINOIS UNION INSURANCE COMPANY, and CERTAIN UNDERWRITERS AT LLOYD'S LONDON, including all underwriters who underwrote force-placed wind insurance policies for Bank of America, as the insured during the applicable limitations period and LLOYD'S UNDERWRITERS AT LONDON, <br><br>      Defendants. | ORDER |

**THIS MATTER** is before the court on Plaintiffs' unopposed Motion for Attorneys' Fees and Expenses (#184). Having reviewed the motion, the court will consider the parties' positions on attorneys' fees at the time of the Final Approval Hearing, which is scheduled for January 14, 2015, at 11:00 a.m.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the court will consider this matter at the Final Approval Hearing, which is scheduled for January 14, 2015, at 11:00 a.m.

Signed: November 19, 2014

Max O. Cogburn Jr.
United States District Judge