IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

Civil Action No. 12-cv-00487-MOC-DCK

DAVID HOLMES, HERTA S. THEBERGE, MARGUERITE K. POTTER, and the MARGUERITE K. POTTER REVOCABLE TRUST, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

BANK OF AMERICA, N.A., in its own capacity and as successor by merger to BAC Home Loans Servicing, L.P., SEATTLE SPECIALTY INSURANCE SERVICES, INC., in its own capacity and as successor in interest to COUNTRYWIDE INSURANCE SERVICES, INC., ILLINOIS UNION INSURANCE COMPANY, and CERTAIN UNDERWRITERS AT LLOYD'S LONDON, including all underwriters who underwrote force-placed wind insurance policies for Bank of America, as the insured during the applicable limitations period and LLOYD'S UNDERWRITERS AT, LONDON,

Defendants.

## ORDER GRANTING PLAINTIFFS' AMENDED MOTION FOR ATTORNEYS' FEES AND EXPENSES

This matter came before the Court at a Final Approval Hearing on January 14, 2015, on Plaintiffs' Amended Motion for Attorneys' Fees and Expenses. The Court has considered the Motion, the Settlement Agreement that the Court preliminarily approved on September 3, 2014, the other papers submitted in connection with the Motion, the arguments of counsel, the response of the Settlement Class to the Class Notice, and all files, records, and proceedings in

the above-captioned action (the "Action"). Finding good cause to approve the Motion, and otherwise being fully informed as to the facts and the law, the Court now finds and ORDERS as follows:

1. All defined terms contained herein shall have the same meaning as set forth in the Settlement Agreement executed by the Parties and filed with the Court.

2. Having reviewed Class Counsels' fee application and all applicable legal authorities, the Court approves the requested award of attorneys' fees in the amount of $1,683,333.33 (one-third of the $5.05 million Settlement Fund), and finds that the requested fees are reasonable and appropriate.

3. The Court has considered Class Counsels' request for costs in the amount of $35,067.69, and finds that reimbursement of these costs is reasonable and appropriate. Accordingly, the Court hereby approves the requested costs.

4. The Court also has considered Plaintiffs' request for approval of the costs incurred by the Court-appointed Claims Administrator. The Court finds this award to be reasonable and justified, and approves this cost in the amount of $76,527.00.

5. The Court also has considered Plaintiffs' request for approval of the expenses of Plaintiffs' Damages Expert in connection with calculating Settlement Class Members' Settlement Shares and net settlement payments. The Court finds this expense to be reasonable and justified, and approves the requested expense in the amount of $6,000.

6. The Court has considered Plaintiffs' request for service awards in the amount of $5,000 to each of Plaintiffs David Holmes, Herta S. Theberge, and Marguerite K. Potter. The

Court finds the requested service awards to be reasonable and justified, and approves the awards.

**IT IS HEREBY ORDERED.**

Dated: 1-14-15

_____
Max O. Cogburn, Jr.
United States District Judge